Ronda Baldwin-Kennedy, Esq. (SB #302813)
Jerome A Clay, Esq. (SBN#327175)
Law Office of Ronda Baldwin-Kennedy
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Ph: (951) 268-8977
Fax: (702) 974-0147
Email:  ronda@lorbk.com
Email: jclay7@sbcglobal.net

Attorney for: Plaintiff Donald McDougall

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| Donald McDougall an Individual; Plaintiff,<br><br>v.<br><br>COUNTY OF VENTURA CALIFORNIA, Does 1-20 and Does 1-20<br><br>Defendant. | CASE NO. 2:20 CV-02927 CBM (ASX)<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

  Plaintiff Donald McDougall, by and through his attorney applies ex parte to the court pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1 for a Temporary Restraining Order enjoining County of Ventura, California (Defendant) from ordering gun stores closed until the Plaintiff's complaint filed March 28, 2020 can be heard.

  Counsel for Plaintiff Donald McDougall has advised counsel for Defendant, County of Ventura, California of the Date and Substance of this Application by Email on March 30, 2020. Defendant's counsel has not informed Plaintiff if Defendant will be filing an opposition.

1

**PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

This application is made on the grounds set forth in the accompanying Memorandum in support, and the attached Exhibits thereto; all pleadings and papers filed in this action; the argument of counsel; and further evidence as the Court may consider at or before a hearing regarding this application.

Dated: March 30, 2020

                                            **/S/ Ronda Baldwin-Kennedy**
                                            Ronda Baldwin-Kennedy, Esq

**PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**