Ronda Baldwin-Kennedy, Esq. (SB #302813)
Jerome A Clay, Esq. (327175)
Law Office of Ronda Baldwin-Kennedy
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Ph: (951) 268-8977
Fax: (702) 974-0147
Email:  ronda@lorbk.com

Attorney for: Plaintiff Donald McDougall

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| Donald McDougall an Individual; Plaintiff, | CASE NO. 2:20 CV-02927 CBM (ASX) |
| v. | **DECLARATION OF DONALD MCDOUGALL** |
| COUNTY OF VENTURA CALIFORNIA, Does 1-20 and Does 1-20 | **IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Defendant. | |

# DECLARATION OF DONALD MCDOUGALL

I, Donald McDougall, declare as follow:

1. I am a plaintiff in the above referenced matter. I have firsthand and personal knowledge of the facts set forth in this declaration and if called to testify regarding them, I could and would do so competently and under oath.

2. I purchased a handgun from Camarillo Gun store on or about March 9th 2020. The background check and 10 day waiting period have not yet been provided. After that I have thirty (30) days to pick my handgun up. I cannot have the background check processed, so I cannot begin

1

**PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

my waiting period. With the gun store closing I have not been able to begin the process to pick my gun up.

3. Since the gun stores have closed I have not been able to buy ammunition for my firearms, or purchase new firearms.

4. The Executive Order N-33-20 and the Ventura County Stay Well at Home Order, the Orders prohibit Ventura County Residents from traveling outside the county.

5. I am familiar with firearms and the federal and state laws that regulate gun sales in California.

6. If gun stores are not allowed to open I and others in Ventura will suffer irreparable harm.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on this 30th day of March, 2020, at Ventura, California

Donald McDougall

2

**PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**