Adam Kraut, Esq.
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, California 95814

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DONDAL MCDOUGALL, | CASE NUMBER |
| --- | --- |
| Plaintiff(s) v. | 2:20-cv-02927 |
| COUNTY OF VENTURA CALIFORNIA, Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kraut, Adam J
*Applicant's Name (Last Name, First Name & Middle Initial)*
916-476-2342
*Telephone Number*      *Fax Number*
akraut@fpclaw.org
*E-Mail Address*

of

FIREARMS POLICY COALITION, INC.
1215 K Street, 17th Floor
Sacramento, California 95814
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Firearms Policy Coalition, Inc.

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Baldwin-Kennedy, Ronda
*Designee's Name (Last Name, First Name & Middle Initial)*
302813          (951) 268-8977      (702) 974-0147
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
ronda@lorbk.com
*E-Mail Address*

of

Law Office of Ronda Baldwin-Kennedy
5627 Kanan Rd. #614
Agoura Hills, CA 91301
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:**

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1