Ronda Baldwin-Kennedy, Esq. (SB #302813)
Jerome A. Clay, Esq. (SB #327175)
**LAW OFFICE OF RONDA BALDWIN-KENNEDY**
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Phone: (951) 268-8977
Fax: (702) 974-0147
Email: ronda@lorbk.com

Raymond M. DiGuiseppe (SB #228457)
**The DiGuiseppe Law Firm, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, an individual; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF VENTURA, CALIFORNIA; BILL AYUB, in his official capacity; WILLIAM T. FOLEY, in his official capacity, ROBERT LEVIN, in his official capacity; and VENTURA COUNTY PUBLIC HEALTH CARE AGENCY, | Case No. 2:20-cv-02927 <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** <br><br> Judge: Hon. Consuelo B. Marshall <br><br> Date: Tuesday May 12, 2020 <br> Time: 10:00 a.m. <br> Courtroom: 8B <br><br> Filed concurrently herewith: <br> (1) Declaration of Donald McDougall |

| | |
|---|---|
| Defendants. | (2) Declaration of Juliana Garcia<br>(3) Declaration of Alan Gottlieb<br>(4) Declaration of Gene Hoffman<br>(5) Declaration of Brandon Combs<br>(6) Declaration of Ronda Baldwin-Kennedy |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on Tuesday May 12, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard,[1] before the Honorable Consuelo B. Marshall, in Courtroom 8B of the United States District Court for the Central District of California, located at First Street Courthouse, 350 W. First Street, Los Angeles, California 90012, Plaintiffs Donald McDougall, Juliana Garcia, Second Amendment Foundation, California Gun Rights Foundation, and Firearms Policy Coalition, Inc. (collectively, "Plaintiffs") will hereby and do move for a Preliminary Injunction enjoining Defendants County of Ventura, California, Bill Ayub, William T. Foley, Robert Levin, and the Ventura County Public Health Agency (collectively, "Defendants") from enforcing county or state stay-at-home or other emergency orders against the Plaintiffs and others similarly situated so as

---

[1] Plaintiffs request, pursuant to L.R. 6-1 (stating the Court may order a shorter time), that this Court act on this motion on an expedited basis as Plaintiffs' fundamental, constitutionally guaranteed right to keep and bear arms has been and continues to be impermissibly infringed as a result of Defendants' Orders and actions.

to prevent them from engaging in the otherwise lawful acquisition of firearms, firearms accessories, and or ammunition.

This Motion is pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65-1, on the grounds that immediate and irreparable injury will result to Plaintiffs unless the activities described above are enjoined pending trial of this action.

The Motion is based on this Notice and Motion, attached Memorandum of Points and Authorities, the Declarations of Donald McDougall, Juliana Garcia, Alan Gottlieb, Gene Hoffman, and Brandon Combs, including exhibits, concurrently filed, the pleadings and papers on file in this action, and such other evidence and argument as may be permitted at the hearing.

Dated: April 14, 2020                    LAW OFFICE OF RONDA BALDWIN-KENNEDY

                                         /s/ *Ronda Baldwin-Kennedy*
                                         Ronda Baldwin-Kennedy

                                         /s/ *Raymond DiGuiseppe*
                                         Raymond DiGuiseppe

                                         Attorneys for Plaintiffs