Ronda Baldwin-Kennedy, Esq. (SB #302813)
Jerome A. Clay, Esq. (SB #327175)
**LAW OFFICE OF RONDA BALDWIN-KENNEDY**
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Phone: (951) 268-8977
Fax: (702) 974-0147
Email: ronda@lorbk.com

Raymond M. DiGuiseppe (SB #228457)
**The DiGuiseppe Law Firm, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, an individual; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF VENTURA, CALIFORNIA; BILL AYUB, in his official capacity; WILLIAM T. FOLEY, in his official capacity, ROBERT LEVIN, in his official capacity; and | Case No. 2:20-cv-02927<br><br>**DECLARATION OF DONALD MCDOUGALL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

VENTURA COUNTY PUBLIC
HEALTH CARE AGENCY,

Defendants.

## DECLARATION OF DON MCDOUGALL

I, Donald McDougall, declare as follows:

1. I am an adult resident of the County of Ventura, California, and am a named plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of Plaintiffs' Motion for Preliminary Injunction.

3. I am not prohibited from possessing firearms or ammunition under federal and state law.

4. It has been reported in local news that Ventura County law enforcement officers are reducing inmate populations, issuing citations for certain misdemeanors and releasing suspects, and postponing when convicted criminals start serving their jail sentences.

5. It has also been reported that in adjacent Los Angeles County, Los Angeles Sheriff Alex Villanueva has or planned to release 1,700 inmates from County jails.

6. In light of the developing situation involving the spread of COVID-19 and the

possibility of increased crime, I became concerned about my ability to protect myself and my family. As such, I desire to obtain firearms and ammunition for self-defense and other purposes.

7. Firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges are "Essential Businesses" to me and my family.

8. I hold a valid California Carry Concealed Weapons License ("CCW") which exempts me from the Firearms Safety Certificate ("FSC") as required by the State of California in order to purchase or acquire a firearm.

9. I currently have one firearm in the possession of a licensed dealer that I cannot begin the background check process on due to the Defendants' Orders and actions.

10. I also have a firearm in the possession of a licensed gunsmith that I cannot retrieve due to the Defendants' Orders and actions.

11. Unlike individuals in other states, I cannot lawfully purchase ammunition online and have it shipped directly to my home.

12. In order for me to comply with California law, I can only acquire and take possession of firearms and ammunition in a face to face transaction at a duly licensed firearm and ammunition vendor.

13. Defendants' Orders and actions have resulted in firearm and ammunition

stores being closed in the County of Ventura, California.

14. Defendants' Orders and enforcement actions prevent me, on pain of criminal and other penalties, from leaving my home, and taking possession of firearms and ammunition in Ventura County.

15. Defendants' Orders prevent me, on pain of criminal and other penalties, from lawfully traveling to and back from another county in order to obtain, purchase and take possession of firearms and ammunition.

16. I want to exercise my right to acquire, keep, bear, and practice proficiency training and shooting with arms – including firearms, ammunition, magazines, and appurtenances – for lawful purposes including self-defense, and would do so, but for the reasonable and imminent fear of arrest and criminal prosecution under Defendants' laws, policies, orders, practices, customs, and enforcement.

17. Accordingly, and for reasons set for in Plaintiffs' motion, I respectfully ask this Court to grant the motion for preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2020.

*/s/ Don McDougall*
Don McDougall