Ronda Baldwin-Kennedy, Esq. (SB #302813)
Jerome A. Clay, Esq. (SB #327175)
**LAW OFFICE OF RONDA BALDWIN-KENNEDY**
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Phone: (951) 268-8977
Fax: (702) 974-0147
Email: ronda@lorbk.com

Raymond M. DiGuiseppe (SB #228457)
**The DiGuiseppe Law Firm, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, an individual; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br>    Plaintiffs,<br> vs.<br><br>COUNTY OF VENTURA, CALIFORNIA; BILL AYUB, in his official capacity; WILLIAM T. FOLEY, in his official capacity, ROBERT LEVIN, in his official capacity; and | Case No. 2:20-cv-02927<br><br>**DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

VENTURA COUNTY PUBLIC
HEALTH CARE AGENCY,

Defendants.

## DECLARATION OF ALAN GOTTLIEB

I, Alan Gottlieb, declare as follows:

1. I am the Executive Vice President of the Second Amendment Foundation, Inc. ("SAF").

2. SAF is a non-profit corporation organized under the laws of the State of Washington with its principal place of business in Bellevue, Washington.

3. SAF has over 650,000 members and supporters nationwide, including in the county of Ventura.

4. The purposes of SAF include promoting the exercise of the right to keep and bear arms and legal action focusing on the constitutional right to privately own and possess firearms.

5. SAF also promotes research and education on the consequences of abridging the right to keep and bear arms and on the historical grounding and importance of the right to keep and bear arms as one of the core civil rights of United States citizens.

6. As detailed in the Plaintiffs' First Amended Complaint, Plaintiffs, Plaintiffs' members, and other similarly situated individuals would exercise the

fundamental human right to acquire, keep, bear, and practice proficiency training and shooting with arms – including firearms, ammunition, magazines, and appurtenances – for lawful purposes including self-defense, and would do so, but for fear of liability and prosecution under Defendants' laws, orders, policies, practices, customs, and enforcement actions.

7. SAF has and continues to expend and divert resources, and has been and continues to be adversely and directly harmed, because of Defendants' laws, policies, orders, practices, customs, and enforcement actions.

8. Accordingly, and for reasons set for in Plaintiffs' application and motion, I respectfully ask this Court to grant motion for preliminary injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2020.

*Alan M. Gottlieb*
Alan Gottlieb