LEROY SMITH, State Bar No. 107702
County Counsel, County of Ventura
CHARMAINE H. BUEHENER, State Bar No. 220868
Assistant County Counsel
800 South Victoria Avenue, L/C #1830
Ventura, California 93009
Telephone: (805) 654-2588
Facsimile: (805) 654-2185
E-mail: charmaine.buehner@ventura.org

Attorneys for Defendants County of Ventura (erroneously sued as Ventura County Public Health Care Agency), William Ayub (erroneously sued as Bill Ayub), Dr. Robert Levin, and William T. Foley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, an individual; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF VENTURA, CALIFORNIA; BILL AYUB, in his official capacity; WILLIAM T. FOLEY, in his official capacity, ROBERT LEVIN, in his official capacity; and VENTURA COUNTY PUBLIC HEALTH CARE AGENCY<br><br>Defendants. | No. 2:20-cv-02927-CBM (AS)<br><br>STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Hearing Date: May 12, 2020<br>Time: 10:00 a.m.<br>Ctrm: 8B<br>Judge: Hon. Consuelo B. Marshall<br><br>Trial: Not Set<br>Complaint Filed: March 28, 2020 |

Defendants, County of Ventura, Sheriff William Ayub, Dr. Robert Levin and Director William T. Foley (collectively "Defendants") and plaintiffs Donald McDougall, Juliana Garcia, Second Amendment Foundation, California Gun Rights Foundation and Firearms Policy Coalition, Inc. (collectively "Plaintiffs"), by and through their respective counsel of record, stipulate and agree as follows:

1. On March 28, 2020, Plaintiffs filed the complaint in this action but did not serve it on Defendants (ECF Doc. No. 1).

2. On March 30, 2020, Plaintiffs filed an ex parte application for a temporary restraining order (ECF Doc. Nos. 9 & 10), which the court denied on April 1, 2020 (ECF Doc. No. 12).

3. On April 14, 2020, Plaintiffs filed a first amended complaint (ECF Doc. No. 19) and a motion for preliminary injunction ("MPI") (ECF Doc. No. 20).

4. On April 21, 2020, Plaintiffs served the operative complaint and MPI on Defendants. Plaintiffs set a hearing date on the MPI for May 12, 2020.

5. No prior continuances have been requested by any party.

6. Plaintiffs service of the MPI does not provide Defendants with sufficient notice of the motion under Local Rule 6-1, nor does it provide Defendants with a meaningful opportunity to respond to the MPI, given that under Local Rule-7-9, Defendants opposition to the MPI would be otherwise due on the same day Plaintiffs served the motion.

///

7. Plaintiffs and Defendants agree that the MPI should be heard in a manner that affords Defendants a meaningful opportunity to respond, and that the new hearing date should be set on May 19, 2020, or as soon thereafter as is convenient for the court, with Defendants' opposition to be filed in accordance with Local Rule 7-9.

IT IS SO STIPULATED.

LEROY SMITH
County Counsel, County of Ventura

Dated: April 21, 2020    By /s/
CHARMAINE H. BUEHNER
Assistant County Counsel

Attorneys for Defendants County of Ventura (also sued erroneously as the Ventura County Public Health Care Agency), Sheriff William Ayub (erroneously sued as Bob Ayub), Dr. Robert Levin and Director William T. Foley

LAW OFFICES OF RONDA BALDWIN-KENNEDY

Dated: April 21, 2020    By /s/
RONDA BALDWIN-KENNEDY

Attorneys for Plaintiffs Donald McDougall, Juliana Garcia, Second Amendment Foundation, California Gun Rights Foundation and Firearms Policy Coalition, Inc.