Ronda Baldwin-Kennedy, Esq. (SB #302813)
Jerome A. Clay, Esq. (SB #327175)
**LAW OFFICE OF RONDA BALDWIN-KENNEDY**
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Phone: (951) 268-8977
Fax: (702) 974-0147
Email: ronda@lorbk.com

Raymond M. DiGuiseppe (SB #228457)
**The DiGuiseppe Law Firm, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF VENTURA, CALIFORNIA, *et al*., <br><br> Defendants. | Case No. 2:20-cv-02927-CBM (ASX) <br><br> **PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** <br><br> Judge: Hon. Consuelo B. Marshall <br><br> Date: TBA <br> Time: TBA <br> Courtroom: 8B <br><br> <u>First Amended Complaint Filed Apr. 14, 2020</u> |

1

2

## **PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDERAND ISSUANCE OF ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

3

4

5

Plaintiffs Donald McDougall, Juliana Garcia, Second Amendment

6

7

Foundation, California Gun Rights Foundation, and Firearms Policy Coalition, Inc.

8

(collectively, "Plaintiffs"), by and through counsel undersigned, and pursuant to

9

10

Fed. Rule of Civ. Pro. 65, and Local Rule 65-1, hereby and respectfully apply to

11

this Court for the issuance of a Temporary Restraining Order, in light of the

12

Court's order scheduling a hearing on Plaintiffs' Motion for Preliminary Injunction

13

14

for July 28, 2020 (*see* ECF Doc. 25).  Counsel for Plaintiffs has advised counsel

15

for Defendants of the Date a substance of this application by email on April 24,

16

17

2020. Defendants' counsel has informed Plaintiffs' counsel that Defendants oppose

18

Plaintiffs' motion.

19

The Plaintiffs, and those similarly situated, have been and continue to be deprived

20

21

of a fundamental constitutional right that requires Court intervention. Their request

22

for preliminary injunctive relief must be heard and decided as soon as possible to

23

24

preserve their opportunity to obtain meaningful and effective redress of the

25

significant, ongoing constitutional injury.

26

By and through this Application, Plaintiffs seek an order that would

27

temporarily enjoin Defendants County of Ventura, California, William Ayub,

28

William T. Foley, Robert Levin, and the Ventura County Public Health Agency (collectively, "Defendants"), and each of their respective employees, officers, agents, representatives, and those acting in concert or participation with them, from closing or compelling the closure of retail firearm and ammunition businesses on the grounds they are "non-essential businesses" and preventing individuals from traveling to obtain firearms and ammunition under the "ORDER OF THE VENTURA COUNTY HEALTH OFFICER ORDER DIRECTING PERSONS LIVING IN THE COUNTY OF VENTURA TO STAY AT THEIR PLACES OF RESIDENCE AND RESTRICTING NON-ESSENTIAL ACTIVITIES IN RESPONSE TO COVID-19," etc., issued on March 20, 2020 and as revised on March 31, 2020, April 9, 2020, and April 20, 2020 ("Ventura County Orders").

By and through this Application, and pursuant to Local Rule 65-1, Plaintiffs further request that this Court issue an Order to Show Cause fixing the time for an expedited hearing on Plaintiffs' application for a temporary restraining order and motion for preliminary injunction and why it otherwise should not issue, which would grant Plaintiffs preliminary injunctive relief as sought herein.

As set forth in the memorandum of points and authorities supporting Plaintiffs' Application for Temporary Restraining Order and OSC re Preliminary injunction, filed herewith, Plaintiffs' Application is made on the following grounds:

1.  That the Ventura County Orders and Defendants' policies, practices, and customs individually and/or collectively violate the Second and Fourteenth Amendments;

2.  That all of the Defendants' orders, policies and practices which amount to a prohibition on the acquisition, selling, transferring, and purchase of firearms and ammunition during declared states of emergency violate the Second and Fourteenth Amendments; and

3.  That the Ventura County Orders and Defendants' policies, practices, and customs individually and/or collectively violate Article IV, Section 2 and the Fifth and Fourteenth Amendments to the United States Constitution.

**WHEREFORE**, temporary, preliminary and permanent injunction should issue restraining all Defendants and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of the injunction, from enforcing the Ventura County Orders and Defendants' policies, practices, and customs, that individually and/or collectively prohibit the purchase and sale of firearms and ammunition and ban on travel in order to purchase firearms and ammunition, and to cease and desist enacting or enforcing any order or policy that firearm and ammunition retailers are not an essential business or any order or policy that prevents individuals from traveling to obtain firearms and ammunition or, in the alternative, an injunction preventing Defendants from

1  enforcing their laws, policies, practices, and customs that prevent individuals from

2  buying and selling arms in accordance with State and federal laws.

3

4          In compliance with Local Rule 7-19 the Counsel for Opposing Parties, are as

5  follows:

6  Lee Roy Smith, County Counsel
   Charmaine H. Buehner, Assistant County Counsel
7  800 S. Victoria Ave. L/C 1830
   Ventura, CA 93003
8  P: 805-654-2588.
   Email: leroy.smith@ventura.org
9  Email:chamaine.buehner@ventura.org

10

11

12

13  Dated: April 24, 2020                 LAW OFFICE OF RONDA BALDWIN-KENNEDY

14                                        /s/ *Ronda Baldwin-Kennedy*
                                          Ronda Baldwin-Kennedy
15

16                                        /s/ *Raymond DiGuiseppe*
                                          Raymond DiGuiseppe
17

18                                        Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28