UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 20-CV-02927-CBM-(ASx) | Date | April 27, 2020 |
| Title | Donald McDougall, et al. v. County of Ventura, California, et al. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**      **IN CHAMBERS- SCHEDULING ORDER RE DKT. NOS. 20 AND 27**

Plaintiffs filed a second *ex parte* application for a temporary restraining order on April 24, 2020 (the "Second Application"). (*See* Dkt. No. 27.) Amongst other things, the Second Application asks the Court to expedite the hearing on Plaintiffs' motion for preliminary injunction, which the Court set for hearing on July 28, 2020 at 10 a.m. (*See* Dkt. No. 20 (Mot. for Preliminary Injunction); Dkt. No. 25 (order continuing briefing schedule and hearing on Plaintiffs' motion for preliminary injunction).) The Court **GRANTS** Plaintiffs' request for an expedited hearing.

The Court vacates the July 28, 2020 hearing date for the motion for preliminary injunction. (Dkt. No. 25.) Pursuant to Local Rule 65-1, the Court sets the hearing on the motion for preliminary injunction for **May 19, 2020 at 10 a.m.** Defendants must file an opposition on or before **May 5, 2020.** Plaintiffs may file a reply on or before **May 12, 2020**.

Defendants are hereby ordered to file an opposition addressing their position regarding Plaintiff's second *ex parte* application for a temporary restraining on or before **April 28, 2020 at 4:00 p.m.**

**IT IS SO ORDERED.**