LEROY SMITH, State Bar No. 107702
County Counsel, County of Ventura
CHARMAINE H. BUEHENER, State Bar No. 220868
Assistant County Counsel
800 South Victoria Avenue, L/C #1830
Ventura, California 93009
Telephone:  (805) 654-2588
Facsimile:   (805) 654-2185
E-mail:       charmaine.buehner@ventura.org

Attorneys for Defendants County of Ventura
(also erroneously sued as Ventura County Public
Health Care Agency), Sheriff William Ayub
(erroneously sued as "Bill Ayub"), Robert Levin
and William T. Foley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, an individual; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br>           Plaintiffs, <br>    vs. <br><br>COUNTY OF VENTURA, CALIFORNIA; BILL AYUB, in his official capacity; WILLIAM T. FOLEY, in his official capacity, ROBERT LEVIN, in his official capacity; and VENTURA COUNTY PUBLIC HEALTH CARE AGENCY, <br><br>           Defendants. | No. 2:20 cv-029927 CBM(ASX) <br><br> DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br> Date:  May 19, 2020 <br> Time:  10:00 a.m. <br> Ctrm:  8B <br> Judge: Hon. Consuelo B. Marshall <br><br> Trial:                      Not Set <br> Complaint Filed:   March 28, 2020 |

/ / /

/ / /

/ / /

/ / /

/ / /

1

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO MOTION FOR PRELIMINARY INJUNCTION**

Defendants County of Ventura (also erroneously sued as Ventura County Public Health Care Agency), Sheriff William Ayub (erroneously sued as "Bill Ayub"), Robert Levin, and William T. Foley (collectively, "Defendants") hereby submit the following statement of evidentiary objections in opposition to the motion for preliminary injunction ("MPI") filed by plaintiffs Donald McDougall, Juliana Garcia, Second Amendments Foundation, California Gun Rights Foundation, and Firearms Policy Coalition, Inc. (collectively, "Plaintiffs").

| | **Evidence Objected To** | **Basis for Objection** |
|---|---|---|
| | **Declaration of Don McDougall ("McDougall Decl.") (ECF 20-2)** | |
| 1. | McDougall Decl., ¶ 3. ECF 20-2, pg ID 130, entire paragraph. | Lacks foundation, improper legal opinion and conclusion. (Federal Rules of Evidence ("FRE"), rules 602, 901 & 702.) |
| 2. | McDougall Decl., ¶ 4. ECF 20-2, pg. ID 130, entire paragraph. | Lacks foundation. (FRE, rules 602 and 901.) |
| 3. | McDougall Decl., ¶ 5. ECF 20-2, pg. ID 130, entire paragraph. | Lacks foundation. (FRE, rules 602 and 901.) |
| 4. | McDougall Decl., ¶ 7. ECF 20-2, pg. ID 131, entire paragraph. | Not relevant. (FRE, rule 401.) |
| 5. | McDougall Decl., ¶ 8. ECF 20-2, pg. ID 131, all text in first and only sentence after the word "which." | Lacks foundation, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 6. | McDougall Decl., ¶ 9. ECF 20-2, pg. ID 131, phrase in first and | Lacks foundation, improper legal opinion and conclusion. (FRE, rules |

2

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO MOTION FOR PRELIMINARY INJUNCTION**

| | | |
|---|---|---|
| | only sentence that reads: "that I cannot begin the background check process on." | 602, 901 & 702.) |
| 7. | McDougall Decl., ¶ 11. ECF 20-2, pg. ID 131, phrase in first and only sentence that reads: "Unlike individuals in other states." | Lacks foundation. (FRE, rules 602 & 901.) |
| 8. | McDougall Decl., ¶ 12. ECF 20-2, pg. ID 131, entire paragraph. | Lacks foundation, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 9. | McDougall Decl., ¶ 14. ECF 20-2, pg. ID 132, entire paragraph. | Lacks foundation, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 10. | McDougall Decl., ¶ 15. ECF 20-2, pg. ID 132, entire paragraph. | Lacks foundation. (FRE, rule 602; also, hearsay, FRE, rule 802.) |
| **Declaration of Juliana Garcia (ECF 20-3) ("Garcia Decl.")** | | |
| 11. | Garcia Decl., ¶ 3. ECF 20-3, pg. ID 134), entire paragraph. | Lacks foundation, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 12. | Garcia Decl., ¶ 4. ECF 20-3, pg. ID 134, first phrase in first and only sentence of paragraph that reads: "Unlike other constitutionally protected products that can be purchased online and shipped directly to me, | Lacks foundation, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |

3

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO MOTION FOR PRELIMINARY INJUNCTION**

| | | |
|---|---|---|
| | under federal and state law . . . ." | |
| 13. | Garcia Decl., ¶ 5. ECF 20-3, pg. ID 134), first phrase in first and only sentence of paragraph that reads: "Unlike individuals in other states, under State [sic] law. . . ." | Lacks foundation, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 14. | Garcia Decl., ¶ 6. ECF 20-3, pg. ID 134, first phrase in first and only sentence of paragraph that reads: "In order for me to comply with federal and State [sic] law. . . ." | Lacks foundation, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 15. | Garcia Decl., ¶ 7. ECF 20-3, pg. ID 135, entire paragraph. | Lacks foundation, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 16. | Garcia Decl., ¶ 8. ECF 20-3, pg. ID 135, entire paragraph. | Lacks foundation and speculative. (FRE, rules 602 & 901.) |
| 17. | Garcia Decl., ¶ 9. ECF 20-3, pg. ID 135, entire paragraph. | Lacks foundation and speculative. (FRE, rules 602 & 901.) |
| 18. | Garcia Decl., ¶ 11. ECF 20-3, pg. ID 135-36, last two sentences of paragraph. | Lacks foundation, speculative, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 19. | Garcia Decl., ¶ 12. ECF 20-3, pg. ID 136, entire paragraph. | Lacks foundation, speculative, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 20. | Garcia Decl., ¶ 13. ECF 20-3, pg. ID 136, entire paragraph. | Not relevant. (FRE, rule 401.) |

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO MOTION FOR PRELIMINARY INJUNCTION**

| | | |
|---|---|---|
| 21. | Garcia Decl., ¶ 14.  ECF 20-3, pg. ID 136, entire paragraph. | Lacks foundation and speculative. (FRE, rules 602 & 901.) |
| 22. | Garcia Decl., ¶ 15.  ECF 20-3, pg. ID 136, entire paragraph. | Lacks foundation and speculative. (FRE, rules 602 & 901.) |
| 23. | Garcia Decl., ¶ 16.  ECF 20-3, pg. ID 136, entire paragraph. | Lacks foundation and speculative. (FRE rules 602 & 901.) |
| 24. | Garcia Decl., ¶ 17.  ECF 20-3, pg. ID 137, entire paragraph. | Lacks foundation, speculative, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| **Declaration of Alan Gottlieb (ECF 20-4) ("Gottlieb Decl.")** | | |
| 25. | Gottlieb Decl., ¶ 6.  ECF 20-4, pg. ID 139-140, entire paragraph. | Lacks foundation, speculative.  (FRE, rules 602 & 901.) |
| 26. | Gottlieb Decl., ¶ 7.  ECF 20-4, pg. ID 140, entire paragraph. | Lacks foundation, speculative.  (FRE, rules 602 & 901.) |
| **Declaration of Gene Hoffman (ECF 20-5) ("Hoffman Decl.")** | | |
| 27. | Hoffman Decl., ¶ 7.  ECF 20-5, pg. ID 143, entire paragraph. | Lacks foundation, speculative.  (FRE, rules 602 & 901.) |
| 28. | Hoffman Decl., ¶ 8.  ECF 20-5, pg. ID 143, entire paragraph. | Lacks foundation, speculative.  (FRE, rules 602 & 901.) |
| **Declaration of Brandon Combs (ECF 20-6) ("Combs Decl.")** | | |
| 29. | Combs Decl., ¶ 13.  ECF 20-6, pg. ID 148, entire paragraph. | Lacks foundation, speculative, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 30 | Combs Decl., ¶ 14.  ECF 20-6, pg. ID 148, second sentence. | Lacks foundation, speculative, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |

5

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO MOTION FOR PRELIMINARY INJUNCTION**

| | | |
|---|---|---|
| 31. | Combs Decl., ¶ 15. ECF 20-6, pg. ID 148, entire paragraph. | Lacks foundation, speculative, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |
| 32. | Combs Decl., ¶ 16. ECF 20-6, pg. ID 148-49, entire paragraph. | Lacks foundation, speculative, improper legal opinion and conclusion. (FRE, rules 602, 901 & 702.) |

LEROY SMITH
County Counsel, County of Ventura

Dated: May 5, 2020          By          /s/
                                        CHARMAINE H. BUEHNER
                                        Assistant County Counsel

Attorneys for Defendants County of Ventura (also erroneously sued as Ventura County Public Health Care Agency), Sheriff William Ayub (erroneously sued as "Bill Ayub"), Robert Levin and William T. Foley

6

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO MOTION FOR PRELIMINARY INJUNCTION**