1  LEROY SMITH, State Bar No. 107702
   County Counsel, County of Ventura
2  CHARMAINE H. BUEHENER, State Bar No. 220868
   Assistant County Counsel
3  800 South Victoria Avenue, L/C #1830
   Ventura, California 93009
4  Telephone:  (805) 654-2588
   Facsimile:   (805) 654-2185
5  E-mail:      charmaine.buehner@ventura.org

6  Attorneys for Defendants County of Ventura
   (also erroneously sued as Ventura County Public
7  Health Care Agency), Sheriff William Ayub
   (erroneously sued as "Bill Ayub"), Robert Levin
8  and William T. Foley

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13  DONALD MCDOUGALL, an            ) No. 2:20-cv-02927-CBM (AS)
    individual; JULIANA GARCIA, an  )
14  individual; SECOND AMENDMENT    ) STIPULATION TO EXTEND TIME
    FOUNDATION; CALIFORNIA          ) TO RESPOND TO FIRST AMENDED
15  GUN RIGHTS FOUNDATION; and      ) COMPLAINT AND SET HEARING
    FIREARMS POLICY COALITION,      ) ON DEFENDANTS' MOTION TO
16  INC.,                           ) DISMISS FIRST AMENDED
                                    ) COMPLAINT
17              Plaintiffs,         )
        vs.                         ) Proposed Hearing
18                                  ) Date:    June 30, 2020
    COUNTY OF VENTURA,              ) Time:    10:00 a.m.
19  CALIFORNIA; BILL AYUB, in his   ) Ctrm:    8B
    official capacity; WILLIAM T.   ) Judge:  Hon. Consuelo B. Marshall
20  FOLEY, in his official capacity,)
    ROBERT LEVIN, in his official   ) Complaint Served: April 21, 2020
21  capacity; and VENTURA COUNTY    ) Current Response Date: May 12, 2020
    PUBLIC HEALTH CARE AGENCY       ) Proposed Response Date: June 2, 2020
22                                  )
                Defendants.         )
23  _____)

24

25      Defendants County of Ventura, William Ayub, Robert Levin and William T.

26  Foley (collectively "Defendants") and plaintiffs Donald McDougall, Juliana

27  Garcia, Second Amendment Foundation, California Gun Rights Foundation and

28  / / /

---

1

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST
AMENDED COMPLAINT AND SET HEARING ON MOTION TO DISMISS

Firearms Policy Coalition, Inc. (collectively "Plaintiffs"), by and through their respective counsel of record, stipulate and agree as follows:

1. On March 28, 2020, Plaintiffs filed but did not serve the complaint in this action. (ECF Doc. No. 1).

2. On March 30, 2020, Plaintiffs filed an ex parte application for a temporary restraining order ("TRO") (ECF Doc. Nos. 9 & 10), which the court denied on April 1, 2020 (ECF Doc. No. 12).

3. On April 14, 2020, Plaintiffs filed a first amended complaint (ECF Doc. No. 19) and a motion for preliminary injunction ("MPI") (ECF Doc. No. 20), which they served on Defendants on April 21, 2020. The parties stipulated that the MPI could be heard on May 19, 2020 (ECF 24), but the court set the hearing for July 28, 2020 (ECF 25).

4. On April 24, 2020, Plaintiffs filed a second TRO application (ECF 27). The Court ordered Defendants to file their response to the second TRO application by April 28, and opposition to the MPI on or before May 5, and advanced the hearing on the MPI to May 19 (ECF 28).

5. After Defendants filed their opposition (ECF 29) to the second TRO application, the Court denied the application on April 30, 2020 (ECF 30).

6. On April 30, 2020, the parties held a conference, pursuant to Local Rule 7-3, to discuss the County's anticipated bases for a motion to dismiss the first amended complaint under rule 12(b)(6) of the Federal Rules of Civil Procedure. The parties agree that any such motion should be heard and briefed after the court rules on the MPI. Accordingly, the parties agree that the Defendants' deadline to respond to the first amended complaint should be extended from May 12, 2020, to June 2, 2020, at which time the Defendants will file a motion to dismiss, with Plaintiffs' opposition due on June 9, 2020, any reply to be filed on June 16, 2020,

/ / /

/ / /

and the hearing be set for June 30, 2020, or on a date thereafter as may be convenient for the court.

IT IS SO STIPULATED.

Dated: May 8, 2020

LEROY SMITH
County Counsel, County of Ventura

By /s/
CHARMAINE H. BUEHNER
Assistant County Counsel

Attorneys for Defendants County of Ventura (also erroneously sued as Ventura County Public Health Care Agency), Sheriff William Ayub (erroneously sued as "Bill Ayub"), Robert Levin and William T. Foley

The DiGuiseppe Law Firm, P.C.

Dated: May 8, 2020

By /s/
Raymond M. DiGuiseppe

Attorneys for Plaintiffs Donald McDougall, Juliana Garcia, Second Amendment Foundation, California Gun Rights Foundation and Firearms Policy Coalition, Inc.