1  LEROY SMITH, State Bar No. 107702
   County Counsel, County of Ventura
2  CHARMAINE H. BUEHENER, State Bar No. 220868
   Assistant County Counsel
3  800 South Victoria Avenue, L/C #1830
   Ventura, California 93009
4  Telephone:  (805) 654-2588
   Facsimile:   (805) 654-2185
5  E-mail:      charmaine.buehner@ventura.org

6  Attorneys for Defendants County of Ventura
   (also erroneously sued as Ventura County Public
7  Health Care Agency), Sheriff William Ayub
   (erroneously sued as "Bill Ayub"), Robert Levin
8  and William T. Foley

9

10                 UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12

13  DONALD MCDOUGALL, an            )  No. 2:20-cv-02927-CBM (AS)
    individual; JULIANA GARCIA, an  )
14  individual; SECOND AMENDMENT    )  NOTICE OF DEFENDANT COUNTY
    FOUNDATION; CALIFORNIA          )  OF VENTURA'S ISSUANCE OF
15  GUN RIGHTS FOUNDATION; and      )  PUBLIC HEALTH "STAY WELL
    FIREARMS POLICY COALITION,      )  VC" ORDER TO SAFELY REOPEN
16  INC.,                           )  VENTURA COUNTY
                                    )
17                  Plaintiffs,     )  Date:   May 19, 2020
                                    )  Time:   10:00 a.m.
18         vs.                      )  Ctrm:   8B
                                    )  Judge:  Hon. Consuelo B. Marshall
19  COUNTY OF VENTURA,              )
    CALIFORNIA; BILL AYUB, in his   )
20  official capacity; WILLIAM T.   )
    FOLEY, in his official capacity,)
    ROBERT LEVIN, in his official   )
21  capacity; and VENTURA COUNTY    )
    PUBLIC HEALTH CARE AGENCY       )
22                                  )
                    Defendants.     )
23  _____)

24

25

26

27

28

                          1

**NOTICE OF ISSUANCE OF "STAY WELL VC ORDER"**
**TO SAFELY REOPEN VENTURA COUNTY**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that effective May 7, 2020, the Ventura County Health Officer revoked his April 20, 2020, Stay Well at Home order and issued a new order. (Exh. A, Stay Well VC – Safely Reopening Ventura County ("May 7 Order"), p. 9, ¶ 16.)

The May 7 Order sets forth the Ventura County Health Officer's determination that "there no longer exists a need for local health orders that are more restrictive than the State Stay at Home Order with respect to many activities of individuals and businesses, and that the public health and welfare would best be served by a single set of regulations where reasonable to avoid public confusion between State and local orders." (Exh. A, p. 2.)

**A. Gun Stores**

Under the May 7 Order, local regulation of non-essential businesses was lifted, and thus retail establishments identified by the State, including gun stores, are permitted to continue operating or reopen pursuant to the State's March 19 Stay at Home Order (ECF 32-1, Pg. ID 545-546, "State Order") and subsequent guidance from the State (see Exh. B, State of California, California Coronovirus (COVID-19) Response, Resilience Roadmap, available at https://covid19.ca.gov/roadmap (last visited May 12, 2020), as of May 8, 2020, provided they observe social distancing and other requirements. (Exh. A, §§ 5 & 8.) Because neither the State Order nor the May 7 Order expressly mentions gun stores, defendants County of Ventura, Sheriff William Ayub and Robert Levin, the Ventura County Health Officer, have provided the following specific guidance:

"With the elimination of the essential business model in the local health order, and reliance on the State health order model for critical infrastructure, the Sheriff and local health officer have determined that

2

1  the *gun stores may fully open to the public provided they implement*

2  *and register site-specific prevention plans* as described

3  www.vcreopens.com."  (Exh. C, County of Ventura, VC Emergency

4  Coronavirus Information, Frequently Asked Questions, p. 8, available

5  at https://www.vcemergency.com/staywellvc/faqs-general (last visited

6  May 12, 2020), italics added.)

7  **B.  Travel**

8  　　　The State Order "implicitly allows for persons to eave their places of

9  residence to engage in essential activities," and the May 7 Order provides

10  supplemental guidance on this issue.  (Exh. A, pp. 5-8, ¶ 11.)  Under the May 7

11  Order, any member of the public may patronize permissibly operating retail

12  establishments, including gun stores in accordance with the requirements of the

13  State Order and May 7 Order.  (Exh. A, p. 6, ¶ 11(a)(2) [authorizing persons to

14  leave their places of residence to "obtain necessary services or supplies for

15  themselves and their family or household members. . . ."], p. 8, ¶ 11(a)(7)

16  [authorizing person to "carry out activities specifically permitted" in the May 7

17  Order].)

18  　　　　　　　　　　　　　　　　LEROY SMITH
　　　　　　　　　　　　　　　　County Counsel, County of Ventura

19

20

21  Dated:  May 12, 2020　　　　　By_____/s/_____
　　　　　　　　　　　　　　　　CHARMAINE H. BUEHNER

22  　　　　　　　　　　　　　　　　Assistant County Counsel

23  　　　　　　　　　　　　　　　　Attorneys for Defendants County of Ventura
　　　　　　　　　　　　　　　　(also erroneously sued as Ventura County Public

24  　　　　　　　　　　　　　　　　Health Care Agency), Sheriff William Ayub
　　　　　　　　　　　　　　　　(erroneously sued as "Bill Ayub"), Robert Levin

25  　　　　　　　　　　　　　　　　and William T. Foley

26

27

28

3

**STAY WELL VC**
**Safely Reopening Ventura County**

**ORDER OF THE VENTURA COUNTY HEALTH OFFICER SUPPLEMENTING THE STATE PUBLIC HEALTH OFFICER'S ORDER DATED MARCH 19, 2020, TO ADDRESS THE UNIQUE NEEDS OF VENTURA COUNTY IN RESPONSE TO THE COVID-19 PANDEMIC**

### DATE OF THIS ORDER: <u>MAY 7, 2020</u>

**WHEREAS** on March 4, 2020, Governor Gavin Newsom proclaimed a State of Emergency to exist in the State of California as a result of the threat of COVID-19; and

**WHEREAS** on March 12, 2020, the County of Ventura Health Officer ("County Health Officer") issued a Declaration of Local Health Emergency pursuant to Health and Safety Code section 101080, finding that there existed an imminent and proximate threat of the spread of COVID-19 in Ventura County ("County"), and said Declaration was ratified by the County of Ventura Board of Supervisors on March 12, 2020; and

**WHEREAS** on March 17, 2020, the County Health Officer issued an order directing that all individuals past a certain age remain in their places of residence, limiting the operation of food facilities, and closing specified businesses that serve large gatherings; and

**WHEREAS** on March 19, 2020, the State Public Health Officer issued an order requiring that all individuals living in the State of California stay at home except as needed to maintain continuity of operations of critical infrastructure sectors as defined ("State Stay at Home Order"); and

**WHEREAS** the County Health Officer is required by Health and Safety Code section 101030 to enforce and observe all orders of the State Public Health Officer and all statutes relating to public health; and

**WHEREAS** State law permits local health officers to issue public health orders that are more restrictive, but not less restrictive, than an order issued by the State Public Health Officer, the County Health Officer, based on his evaluation of the unique needs and circumstances existing within the County, issued additional health orders on March 20, March 31, April 9, April 18 and April 20, 2020; and

1

**WHEREAS** the County Health Officer has determined that there no longer exists a need for local health orders that are more restrictive than the State Stay at Home Order with respect to many activities of individuals and businesses, and that the public health and welfare would best be served by a single set of regulations where reasonable to avoid public confusion between State and local orders; and

**WHEREAS** the State of California has identified businesses on its website at https://covid19.ca.gov/roadmap/ that are able to reopen under the statewide order; and

**WHEREAS** the County Health Officer has determined that some elements of his current order are not addressed by the State Stay at Home Order, and that the public health would be served by supplementing the State Stay at Home Order as set forth below;

**NOW, THEREFORE**, I, Dr. Robert Levin, the County Health Officer, pursuant to Health and Safety Code sections 101040, 101085 and 120175, hereby issue the following order ("Local Order") to be effective immediately:

**IT IS HEREBY ORDERED THAT**:

1.  **Commercial laboratory test results.** All commercial laboratories that test persons in the County for the presence of COVID-19 must report all test results (whether positive or negative) to the Ventura County Public Health Department laboratory within eight hours of receiving the test results.

2.  **Special rule for persons 70 years of age or older.** All persons currently living in the County equal to or older than 75 years of age, or equal to or older than 70 years of age with an active or unstable comorbidity, are ordered to stay in their place of residence and must at all times follow Social Distancing Requirements to the greatest extent feasible. Such persons may leave their places of residence only as necessary to seek medical care or exercise or nutrition or to perform essential work in furtherance of Healthcare Operations or Essential Governmental Functions or Services.

    a.  For purposes of this section, "Healthcare Operations" means and includes hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, other licensed healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers, chiropractors, acupuncturists or any related and/or ancillary healthcare services, including blood donation centers, and veterinarians and all other healthcare services provided to

2

animals. "Healthcare Operation" does not include fitness and exercise gyms, aquatic centers and similar facilities.

b.  For purposes of this section, "Essential Governmental Functions or Services" means government functions or services performed by first responders, emergency management personnel, emergency dispatchers, court personnel, law enforcement personnel, and others who perform essential governmental functions or services as such may be determined by the governmental entity performing those functions or services.

3.  **Admittance to Long-Term Care Facilities.** Long-Term Care Facilities may not refuse to admit any person who has been diagnosed with or treated for COVID-19 after that person has been discharged from a health care facility and approved for admittance to a Long-Term Care Facility by the Ventura County Public Health Department.

a.  For purposes of this Local Order, "Long-Term Care Facility" means a long-term care facility, skilled nursing facility, intermediate care facility, congregate living health facility, nursing facility, hospice facility, residential care facility for the elderly, residential facility, or community care facility as defined in Health and Safety Code sections 1250, 1502, 1503.5 and 1569, and regulations promulgated thereunder, as they may be amended from time to time.

4.  **Hospitals and Long-Term Care Facilities.** The County Health Officer recognizes the authority of the guidance documents "Hospital Holding Unit Guidance for COVID-19" and "Long-Term Care Facility Guidance for Preventing and Managing COVID-19" (the current versions of which are available at www.vcemergency.com) and strongly advises all hospitals and Long-Term Care Facilities to comply with the guidance.

5.  **All businesses must establish, implement and enforce COVID-19 prevention plans**.  All businesses must establish, implement and enforce a site-specific prevention plan in accordance with the State of California COVID-19 industry Guidance and associated checklist found at https://covid19.ca.gov/roadmap/. Prior to reopening, all businesses must register and attest to their preparedness for safely reopening at vcreopen.com.  Businesses that were operating under the previous order must also register and attest to their adherence to state guidelines within ten days at vcreopen.com.

As a condition of operation, each business must post a written notice explaining how it will comply with Social Distancing Requirements in conspicuous places

3

Exhibit A, Page 3 of 10

where it can easily be seen by employees and patrons of the business facility. The written posting shall identify by name and telephone number the County Covid Compliance Hotline where compliance related questions or complaints may be reported by employees and patrons.

Further, all businesses, as a condition of operation, shall admit without delay any officer, employee or agent of the County of Ventura or local city to their business facilities for the purposes of inspection for monitoring and compliance. The failure to cooperate with such inspectors, or repeated and confirmed violations of COVID-19 prevention requirements, may lead to issuance of a business-specific closure order by the County Health Officer.

6.   **Social Distancing Requirements defined.** "Social Distancing Requirements" means and includes maintaining at least a six-foot physical distance from other persons, washing hands with soap and water for at least 20 seconds or using hand sanitizer as frequently as possible, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces and not shaking hands.

7.   **Food facilities.** Under the State Stay at Home Order, all permanent food facilities, as defined by Health and Safety Code section 113849, may only prepare and offer food that is provided to customers via delivery service, via pick-up for takeout dining, and via drive-thru. This Local Order, in addition, requires that permanent food facilities that prepare and offer food via delivery service, pick-up or drive-thru must comply with the following procedures:

a.   Containers required. All food must be completely contained in a suitable container before being transferred to a customer. For example, ice cream cones are not allowed; ice cream scoops in a covered container are allowed.

b.   Must consume food away from premises. The exception for take-out food activities is designed to enable persons who are confined to their places of residence to obtain prepared food to take back to their places of residence for consumption. The take-out food shall not be consumed anywhere within the line-of-sight of a person standing in front of the facility that sold the food.

c.   Six-foot spacing must be maintained. All persons waiting in line or otherwise congregating outside a food facility selling food via take-out, delivery or drive-thru

4

shall maintain a distance of at least six feet from all other persons.

8. **Primary retail business must be critical infrastructure to be fully open**. Only retail businesses whose primary line of business qualifies as critical infrastructure under the State Stay at Home Order may be fully open to the public, e.g., businesses whose primary business is the sale of food, beverages, pet supplies, household cleaning products, etc. Items the sale of which constitute less than 33 percent of a business's gross sales over the last six months are considered to be less than primary. For example, a tobacco or vape store that sells a minimal amount of snacks and water as a side business does not qualify as a grocery store, convenience store or similar establishment that can be fully open to the public under the current State Stay at Home Order.

9. **Businesses and activities that must remain closed even if allowed by State Stay at Home Order.** The State Stay at Home Order does not expressly address every type of business activity. To avoid confusion, this Local Order prohibits the following businesses and activities, whether or not allowed by the State Stay at Home Order:

a. All swimming pools, spas, hot tubs, saunas, steam rooms and similar facilities, except those located at a single-family residence, which shall be used only by members of a household residing at the single-family residence.

b. All public and private campgrounds and recreational vehicle (RV) parks, except that persons who certify that their RV is their primary residence may be permitted to stay in the RV park. All persons residing in an RV shall comply with all orders otherwise applicable to residents.

10. **List of activities ordered to cease.** The following activities are deemed non-essential and harmful to public health, and therefore are prohibited whether or not allowed by the State Stay at Home Order:

a. Door-to-Door Solicitations. Door-to-door solicitations, whether for purposes of sales of goods or services, charitable contributions, signature-gathering or any other commercial or noncommercial purpose.

11. **Essential activities allowed.** The State Stay at Home Order implicitly allows for persons to leave their places of residence to engage in essential activities, but does not expressly address that issue. The State Public Health Officer has issued guidance, primarily in the form of posted answers to "Frequently Asked

5

Exhibit A, Page 5 of 10

Questions," which are frequently amended or otherwise changed. For the sake of clarity and guidance to persons residing in the County, this section of the Local Order sets forth those activities that the County Health Officer deems to be essential and allowed. However, to the extent any activity described herein conflicts with and is more permissive than the State Stay at Home Order as it is currently written or as it may be amended, the State Stay at Home Order shall take precedence and shall be enforced.

a.  Persons may leave their places of residence only to perform one of the following essential activities:

(1)  To engage in activities or perform tasks essential to their health and safety, or to the health and safety of their family or household members (including pets), such as, by way of example, obtaining medical supplies or medication, visiting a health care professional or obtaining supplies needed to work from a place of residence.

(2)  To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example, canned food, dry goods, fresh fruits and vegetables, pet supplies, fresh meats, fish and poultry, and any other household consumer products, and products necessary to maintain the safety, sanitation and essential operation of places of residence.

(3)  To engage in funeral services, provided the following restrictions are observed:

(i) For indoor services, where the body of the deceased is present for viewing or in a closed casket, members of the deceased's household and the relatives of the deceased within the second degree (including in-laws) may gather for the activity provided that Social Distancing Requirements are followed and that no more than five persons gather inside the facility at a single time. Stable groups of five persons (i.e., persons may not substitute in or out of the group) may rotate within the facility providing protocols are implemented to sanitize the facilities between each group visit.
(ii) For graveside services, members of the deceased's household and the relatives of the deceased within the second degree (including

in-laws) may gather for the activity provided that Social Distancing Requirements are followed and that no more than 10 persons gather.

(4)  To engage in a wedding ceremony, provided that Social Distancing Requirements are followed to the greatest extent feasible and that no more than 10 persons (who need not be from the same household or living unit), in addition to the couple to be married and the officiant, gather in a stable group.

(5)  To attend a gathering of any size to observe or participate in live or virtual presentations to the gathering, such as faith-based services, concerts, plays, political speeches, movies and similar activities, provided that all of the following protocols are followed:

(i) all activity must occur outdoors;
(ii) all persons attending the activity must be inside a motor vehicle occupied only by persons from the same household or living unit;
(iii) all motor vehicles at the gathering must maintain a distance of six feet from all other vehicles;
(iv) the motor vehicle windows must be closed at all times during the event;
(v) all persons must remain in the vehicle in which they arrived at all times during the event;
(vi) no restroom facilities shall be made available to persons at the facility during the event;
(vii) no tangible items of any kind, including food products, may be transferred to persons in the motor vehicles;
(viii) notwithstanding the above, one or more persons, not exceeding five, may enter nearby buildings as necessary to putting on the presentation; and
(ix) all Social Distancing Requirements shall be complied with to the greatest extent feasible.

(6)  To engage in outdoor activity, provided the persons comply with Social Distancing Requirements, such as, by way of example, golfing, tennis, pickle-ball, walking, hiking, running, bicycling, pleasure driving and working around their places of residence, including gardening.

(i) To provide accommodations for persons who wish to golf as a

form of outdoor activity, public and private golf courses may operate provided they strictly enforce Social Distancing Requirements and enforce the following additional protocols:

> (a) Motorized carts are not allowed;
> (b) No more than four golfers (who need not be from the same household or living unit), are allowed per group and each group must be stable (i.e., persons may not substitute in or out of the group);
> (c) A distance of at least 30 feet shall be maintained between groups of golfers at all times;
> (d) All ball washers shall be covered and flag pins shall be removed and the cup on each green shall be inverted or otherwise installed to eliminate high-frequency touch surfaces on the greens and tees;
> (e) Persons may use a driving range provided that range balls are properly sanitized before distribution to customers (stand-alone golf driving ranges may also operate);
> (f) Practice putting greens shall remain closed;
> (g) The "Pro Shop" or similar facility designed for the sale of golf-related equipment and supplies shall remain closed; and
> (h) The snack shop(s) and restaurant(s) shall remain closed.

(7)  To otherwise carry out activities specifically permitted in this Local Order.

(8)  To care for a family member or pet in another household.

(9)  To prepare and present a live-stream or other virtual communication by an organization or association to its members, including worship services. Staff of organizations or associations (who need not be of the same household or living unit), including faith-based organizations, may gather in a single space at the same time solely for the purpose of preparing and presenting live-stream or other virtual communications provided that the number of such staff is the fewest necessary to prepare and present those communications, but in no event in excess of 10 persons, and that Social Distancing Requirements are followed.

12.    **Compliance.** The violation of any provision of this Local Order or the State Stay at Home Order constitutes a threat to public health and a public nuisance per se. In

8

Exhibit A, Page 8 of 10

addition, pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the County Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Local Order.

13. **Violation may constitute unfair competition.** Any person that, after notice, operates, manages, maintains or occupies or continues to operate, manage, maintain or occupy, any business in violation of this Local Order or the State Stay at Home Order may, in addition or in the alternative to any other civil and criminal penalties allowed by law, be subject to liability under the Unfair Competition Law (chapter 5 of part 2 of division 7 of the Business and Professions Code, commencing at section 17200), and subject to civil penalties and other relief as provided therein, for each act or practice in violation of this Local Order, the State Stay at Home Order, any predecessor order, or any of them.

14. **More restrictive provisions of local and State orders enforceable.** This Local Order is issued to supplement the State Stay at Home Order, which establishes minimum requirements for individuals and businesses, as well as the Governor's March 19, 2020 Executive Order N-33-20 directing California residents to follow the State Stay at Home Order. This Local Order adopts in certain respects more stringent restrictions addressing the particular facts and circumstances in this County, which are necessary to control the public health emergency as it is evolving within the County and the south coast region. Where a conflict exists between this Local Order and any State public health order, including the State Stay at Home Order, the more restrictive provision controls.

15. **Applicable to entire County.** This Local Order applies to all persons in the cities and the entire unincorporated area of the County.

16. **Effective date and time; repeal of prior order.** This Local Order shall become effective and operative at 11:59 p.m. on May 7, 2020, and will continue to be in effect until 11:59 p.m. on May 31, 2020, or until it is extended, rescinded, superseded or amended in writing by the County Health Officer. The County Health Officer order dated April 20, 2020, is hereby repealed and replaced with this Local Order, except that all prior violations of previous orders remain prosecutable, criminally or civilly. All prior closure or cease and desist orders directed at specified persons or businesses shall remain in force, but shall be reviewed by enforcement staff and rescinded if appropriate.

17. **Copies of Local Order.** Copies of this Local Order shall promptly be: (1) made

available at the County of Ventura Public Health Office, 2240 East Gonzalez Road, Suite 210, Oxnard, California, 93036; (2) posted on the Ventura County Public Health Department website (available at www.vchca.org/ph); and (3) provided to any member of the public requesting a copy of this Local Order.

18. **Severability.** If any provision of this Local Order or the application thereof to any person or circumstance is held to be invalid by a court of competent jurisdiction, the remainder of the Local Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this Local Order are severable.

**IT IS SO ORDERED:**

Robert Levin, M.D.
Ventura County Health Officer

Dated: May **7**, 2020

Pursuant to Health and Safety Code section 120295 et seq., violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both.

10

Exhibit A, Page 10 of 10



(https://www.vcemergency.com)

# Coronavirus Information

(/)

🏠 (/)   Stay Well/FAQs (/staywellvc)   Residents (/families/)   Homeless/Housing (/homeless/)   Coping with Stress (/coping/)

Medical Providers (/healthcare/)   Business (/business/)   Newsroom (/newsroom/)   Resources (/resources/)

Donate (/donate/plasma)

## PUBLIC HEALTH ORDERS / COMPLIANCE / FREQUENTLY ASKED QUESTIONS

Health Orders (/staywellvc) | COVID Business Compliance (/business/covidcompliance) | General FAQs (/staywellvc/faqs-general)

**COVID BUSINESS COMPLIANCE – (805)-202-1805 | EMAIL: covidcompliance@ventura.org** (mailto:covidcompliance@ventura.org)

**(Click question to see answer)**

**STAY AT HOME ORDER AND SOCIAL DISTANCING**

Is this order mandatory? What happens if I don't comply?

Yes. This is a legally enforceable order. It is against the law to violate this Order, and you may be punished by a fine or imprisonment for doing so.

**Exhibit C, page 1 of 12**

**When does the Order go into effect and how long will it last?**

The current Order goes into effect immediately after midnight, starting at 11:59 p.m., May 8, 2020. The Order is currently set to expire on May 31, 2020 at 11:59 p.m. The duration can be either shortened or extended by the Ventura County Public Health Officer. We want to be sure the Order, which is in alignment with the Order from the Governor's Office, is in place for only as long as necessary, and the Ventura County Public Health Officer, in coordination with the Ventura County Public Health Department, will be closely monitoring the situation every day in order to determine what adjustments make sense.

**Can this Order be changed?**

Yes. Follow updates on www.vcemergency.com (https://www.vcemergency.com). We will also share updates with the media.

**What is the difference between "stay well at home" and "social distancing"?**

Stay well at home is a stricter form of social distancing. There are some differences. Stay well at home means:

- Stay home (stay unexposed)
- Only go out for essential services
- Stay six feet or more away from others
- Don't gather in groups

The other concepts from social distancing will continue to apply when you are out shopping or walking or going to the doctor. These include washing hands, using hand sanitizer, disinfecting surfaces, not going out if sick, and staying at least six feet away from

**What are the social distancing guidelines I still need to follow?**

The best way to reduce their risk of getting sick, as with seasonal colds or the flu, still applies to prevent COVID-19:

- Wash your hands with soap and water for at least 20 seconds.
- Cover your cough or sneeze.

**Exhibit C, page 2 of 12**

- Stay home if you are sick.
- Avoid touching your face.
- Avoid groups (stay at least six feet away from others).
- Reduce the time you are around others outside the home, even when at least six feet away.

**Who counts as a family member?**

A family member includes anyone you live with, anyone who is a legal relative of yours, or anyone you treat as a family member.

**When practicing social distancing, how far should I stay away from others if I must be away from my home?**

At least six (6) feet, which is appropriately two to three steps away, including if you are on the bus or train. This is why it's important to only take public transportation for essential activities—you want to help everyone be able to practice social distancing.

## HEALTHCARE AND HELPING SICK RELATIVES

What if I need to visit a health care provider?

Can I still seek non-essential medical care like eye exams, teeth cleaning, elective procedures?

What should I do if I'm sick or a family member is sick?

What should I do if I'm sick or a family member is sick and needs to go to the hospital or a medical provider? How can I protect others?

Can I leave home to care for my elderly parents or friends who require assistance to care for themselves? Or a friend or family member who has disabilities?

**Exhibit C, page 3 of 12**

Can I visit loved ones in the hospital, nursing home, skilled nursing facility, or other residential care facility?

What do I do about my loved one who needs care from me?

## SCHOOLS AND CHILDCARE

Does the Order allow me to have my children in childcare? Will my daycare be shut down?

If my child's school is providing food or meals, can I leave home to go to the school to pick up the food or meals?

## WHAT CAN I DO? WHAT'S OPEN?

What are essential activities and what are businesses that may stay open?

The following is a partial list of what may remain open. Please consult the order for specifics. City/County government services:

- Police stations
- Fire stations
- Jails
- Courts
- Garbage/sanitation
- Public Transportation
- Water, power, and gas utilities
- Public works construction
- Residential and commercial construction
- Airport and Port operations

**Exhibit C, page 4 of 12**

- Gas service stations, auto supply and auto repair.

Health care providers, including:

- Hospitals
- Clinics
- Dentists
- Pharmacies
- Pharmaceutical and biotechnology companies
- Medical and scientific research
- Laboratories
- Healthcare suppliers
- Home healthcare services providers
- Veterinary care providers
- Mental health providers
- Physical therapists and chiropractors
- Cannabis dispensaries, or any related and/or ancillary healthcare services
- Manufacturers and suppliers of medical/health care related items
- Healthcare operations does not include fitness and exercise gyms and similar facilities

Food providers, including:

- Grocery stores
- Water retailers
- Certified farmers' markets
- Farm and produce stands
- Supermarkets
- Convenience stores (require that 33% of gross sales are of food or beverage products)

**Exhibit C, page 5 of 12**

- Warehouse stores
- Food banks
- Take-out from restaurants, drive-thru restaurants, and delivery from restaurants
- Food cultivation, including farming, livestock, and fishing

Others, including:

- Plumbers, electricians, exterminators, house cleaners, gardeners, custodial/janitorial workers, handyman services, funeral home workers and morticians, moving services, HVAC installers/repairs, carpenters, pool maintenance workers, landscapers, gardeners, property managers, private security personnel and other service providers who provide services to maintain the safety, sanitation, and essential operation to properties and other essential activities.
- Hardware stores and nurseries
- Retail stores such as bookstores, florists, clothing stores, etc. – merchandise can only be provided for curbside pick-up from these location
- Banks, credit unions, financial institutions and insurance companies.
- Organizations and businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals, (including gang prevention and intervention and domestic violence agencies).
- Laundromats, laundry service and drycleaners
- Newspapers, magazines, television, radio, podcasts and other media services
- Educational institutions, including public and private K-12 schools, colleges, and universities — for purposes of facilitating distance learning or performing essential functions provided that social distancing of six-feet per person is maintained to the greatest extent possible
- Drive-thru car washes, provided the service is automated and no attendants or employees are involved in servicing the vehicles
- Bicycle stores, including the sales of bicycles, parts and supplies, and the repair of bicycles. Bicycle rentals are not allowed
- Automobile dealerships and similar businesses with a primary business of automobile sales and long-term leasing "Automobiles" include cars, trucks, recreational vehicles, motorcycles and motorized scooters.
- Household appliance stores
- Shoe repair shops; in-person sales of other goods and services not allowed

**Exhibit C, page 6 of 12**

- Boat yards and other businesses that provide for safety, security and sanitation of boats stored at docks and marinas, including the repair of boats

What if I'm in a line and there isn't six feet between me and others?

How can I access free or reduced-price meals for myself or my family?

Should I stock up on food, necessities like toilet paper, and on medicines?

Can grocery stores, farmers markets, and other food retailers remain open?

Are non-profit organizations allowed to continue operating?

Can a car dealership stay open?

Can Recreational Vehicles be repaired?

Can I go to a vet or pet hospital if my pet is sick?

Can I go out to do laundry or have my laundry done?

Can I go to the bank?

Can bike stores stay open? What about bike rentals?

**Exhibit C, page 7 of 12**

May cannabis stores continue to operate under the current health officer order?

Where do I report a business that stays open in violation of the Stay Well at Home order?

Can Florists be open?

Can a dog grooming business be open?

Can pawn shops open?

Can gun shops be open?

Yes. With the elimination of the essential business model in the local health order, and reliance on the State health order model for critical infrastructure, the Sheriff and local health officer have determined that the gun stores may fully open to the public provided they implement and register site-specific prevention plans as described www.vcreopens.com.  (http://www.vcreopens.com)

## WHAT'S CLOSED?

Can I go to a bar/nightclub/theater?

Can I go to the gym or health club?

## SHOPPING, GETTING AROUND, DAILY NEEDS, AND OUTDOOR RECREATION

Can I go to the store (grocery store, market, corner store, food bank, etc.) to buy food and other things?

**Exhibit C, page 8 of 12**

Can I take public transportation (bus, subway, train)?

Can I go shopping for things other than food/groceries?

Can I still get deliveries from online stores?

Can I still order the things I need online and have them delivered to my residence?

Can I use ride share, on demand service, or a taxi?

Can I go to a restaurant, cafe, coffee or tea shop, ice cream shop, or other foodservice location?

Is my favorite restaurant, cafe, coffee or tea shop, ice cream shop, or other foodservice location open?

Can golf courses and driving ranges be open?

Can disabled persons use motorized carts to golf on golf courses?

Which restaurants or snack bars at a golf course may remain open and which must remain closed?

## WHAT CAN I DO WHILE AT HOME?

I don't cook – how can I purchase meals?

Can I leave home to exercise?

What if my plumbing gets stopped up or there is another problem with necessary equipment at my home? How will I access those sorts of services?

How will I entertain my kids? Can we go to the playground or arrange playdates?

Can I walk my dog/pet?

## WHAT DO I DO ABOUT WORK?

I work for an essential infrastructure organization – can I leave home to go to work?

What do I do about my kids? I have to work.

Can I keep working from home?

What if I want to go to work and I'm not sick?

## TRAVEL

I am currently on vacation outside the County–Does the Order allow me to return home?

**Exhibit C, page 10 of 12**

What happens if I leave the County to go on a planned vacation?


I'm visiting and staying in a hotel, with family/friends, or in a short term rental. What should I do? Can I go home?


## WHERE CAN I FIND ADDITIONAL INFORMATION?


**For recommendations on how to protect your family members and loved ones, please visit:**

- Preventing the Spread of COVID-19 (https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html)
- Watch for Symptoms (https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html)
- Recommended Cleaning Products (https://www.americanchemistry.com/Novel-Coronavirus-Fighting-Products-List.pdf)
- FAQs regarding the virus, prevention, symptoms, testing, and treatment. (https://www.cdc.gov/coronavirus/2019-ncov/faq.html)
- FAQs regarding lost wages and financial assistance. (https://www.edd.ca.gov/about_edd/coronavirus-2019/faqs.htm)

**Please follow the President's Coronavirus Guidelines for America — 15 Days to Slow the Spread of Coronavirus (COVID-19).**

- Whitehouse- 15 Days to Slow the Spread (https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf)

**For pets:**

- Open Letter to Federal, State & Local Government Officials Regarding Pets and COVID-19 Precautions (https://vcportal.ventura.org/covid19/docs/2020-03-17_Open_Letter_to_Government_Officials_on_Coronavirus_and_Pet_Supplies.pdf)

**Exhibit C, page 11 of 12**



(https://www.vcemergency.com)

 California Coronavirus (COVID-19) Response

Search

Select language

# Resilience Roadmap

Last updated May 11, 2020 at 11:06 AM

## ☰ Menu

Californians have been staying home and saving lives since the start of our statewide stay-at-home order issued on March 19, 2020. These efforts have allowed the state to move forward on our roadmap for modifying the statewide order.

We are now in early **Stage 2,** where retail (curbside and delivery only), related logistics and manufacturing and essential businesses can open. The state is issuing guidance to help these workplaces reopen safely.



**STAGE 1:**
**Safety and preparedness**

Make workplaces safe for our essential workers.



**STAGE 2:**
**Lower-risk workplaces**

Gradually reopen retail (curbside only), manufacturing & logistics. Later, relax retail restrictions, adapt & reopen schools, child care, offices & limited hospitality, personal services.

Home    Search    Back to top    Menu



## STAGE 3:
## Higher-risk workplaces

Adapt and reopen movie theaters, religious services, & more personal & hospitality services.



## STAGE 4:
## End of Stay Home Order

Reopen areas of highest risk: e.g. Concerts, conventions, sports arenas.

When modifications are advanced and the state's six indicators show we've made enough progress, we can move to the next stage of the roadmap.

Stage 2 expansion will be phased in gradually. Some communities may move through Stage 2 faster if they are able to show greater progress. Counties that have met the readiness criteria and worked with the California Department of Public Health can open more workplaces as outlined on the County Variance page.

# Industry guidance to reduce the risk

California moved into Stage 2 of modifying the state's Stay-at-Home order on May 8, 2020. Our progress in achieving key public health metrics will allow a gradual re-opening of California's economy.

We recognize the impact of economic hardship. We must get our economy roaring once again and put paychecks in people's pockets. But the risk of COVID-19 infection is still real for all Californians and continues to be fatal.

That is why every business should take every step humanly possible to reduce the risk of infection:

Home        Search        Back to top        Menu

- Make radical changes within the workplace
- Adjust practices by employees and help educate customers

Below are Guidelines for businesses to follow, if they're permitted to open. The goal is a safer, environment for workers and customers. Businesses may use effective alternative or innovative methods to build upon the Guidelines.

Review the guidance that is relevant to your workplace, prepare a plan based on the guidance for your industry, and put it into action.

When complete, you can post the industry-specific checklist (below) in your workplace to show your customers and your employees that you've reduced the risk and are open for business.

Before reopening, all facilities **must:**

1. Perform a detailed risk assessment and implement a site-specific protection plan
2. Train employees on how to limit the spread of COVID-19, including how to screen themselves for symptoms and stay home if they have them
3. Implement individual control measures and screenings
4. Implement disinfecting protocols
5. Implement physical distancing guidelines

To provide your input on future industry guidance, fill out the California Recovery Roadmap survey.

It is critical that employees needing to self-isolate because of COVID-19 are encouraged to stay at home, with sick leave policies to support that, to prevent further infection in your workplace. See additional information on government programs supporting sick leave and worker's compensation for COVID-19.

---

## ⚇ Agriculture and livestock

---

## ⚗ Auto dealerships

---



📱 **Communications infrastructure**

🏗 **Construction**

🌀 **Delivery services**

⚠ **Energy and utilities**

🔻 **Food packing**

🏢 **Hotels and lodging**

⚛ **Life sciences**

🎋 **Logistics and warehousing facilities**

📦 **Manufacturing**

📖 **Mining and logging**

 **Office workspaces**

 **Ports**

🛆 **Public transit and intercity passenger rail**

🧭 **Real estate transaction**

💳 **Retail**

This [guidance for retailers](#) provides guidelines to create a safer environment for workers.

Review the guidance, prepare a plan, and post the [checklist for retailers](#) in your workplace to show customers and employees that you've reduced the risk and are open for business.

# Customers and individuals

Customers and individuals are encouraged to stay home if they have a fever or other COVID-19 symptoms. Those with symptoms or elevated temperatures should not shop, get services in person, go to work, or gather with others. If you're not sure if this applies to you, check your symptoms with this [Symptom Screener](#).

Higher risk individuals (over 65 or with serious medical conditions) should continue to stay home until Stage 4. Minimize errands by getting groceries delivered or asking for help from friends or family.

**Shop safely!** Crowded settings increase your risk of exposure to COVID-19. Wear a face covering or cloth mask, stay 6 feet away from others, avoid touching your face, and wash your hands when you get home.

Home     Search     Back to top     Menu

# Roadmap for reopening businesses

Before re-opening, all facilities **must** first perform a detailed risk assessment and implement a site-specific protection plan. Adaptations need to be made before Stage 2 workplaces can open – currently that includes modifications like curbside pickup at retail locations.

## STAGE 1: Safety and preparedness

## STAGE 2: Lower-risk workplaces



## Can open with modifications

- Curbside retail, including but not limited to: Bookstores, jewelry stores, toy stores, clothing stores, shoe stores, home and furnishing stores, sporting goods stores, antique stores, music stores, florists. **Note:** this will be phased in, starting first with curbside pickup and delivery only until further notice.
- Supply chains supporting the above businesses, in manufacturing and logistics sectors

## Can open later in Stage 2:

- Destination retail, including shopping malls and swap meets.
- Personal services, limited to: car washes, pet grooming, tanning facilities, and landscape gardening.
- Office-based businesses (telework remains strongly encouraged)
- Dine-in restaurants (other facility amenities, like bars or gaming areas, are not permitted)
- Schools and childcare facilities
- Outdoor museums and open gallery spaces

Home    Search    Back to top    Menu

# NOT in Stage 1 or 2: Higher-risk workplaces

Department of Public Health

Governor's Newsroom

Statewide COVID19 Hotline

Accessibility

Privacy Policy

Feedback

Official California State Government Website

Home    Search    Back to top    Menu