Ronda Baldwin-Kennedy, Esq. (SB #302813)
Jerome A Clay, Esq. (327175)
**LAW OFFICE OF RONDA BALDWIN-KENNEDY**
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Phone: (951) 268-8977
Fax: (702) 974-0147
Email: ronda@lorbk.com

Raymond M. DiGuiseppe (SB #228457)
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, *et al.*, | Case No. 2:20-cv-02927-CBM (ASx) |
| Plaintiffs, | |
| vs. | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| COUNTY OF VENTURA, CALIFORNIA, *et al.*, | |
| Defendants. | |

In light of Defendants' filing with this Court on May 13th, now declaring that "*gun stores may fully open to the public provided they implement and register site-specific prevention plans as described www.vcreopens.com*" and further now

declaring that "any member of the public may patronize permissibly operating retail establishments, including gun stores in accordance with the requirements of the State Order and May 7 Order," within the meaning of the State Order that "allows for persons to [l]eave their places of residence to engage in essential activities," Def. Notice of Issuance of Public Health "Stay Well VC" Order [Doc. 39], Plaintiffs hereby withdraw their motion for a preliminary injunction. Plaintiffs' withdrawal of this motion obviates the need for the hearing on the merits of the motion, currently scheduled for Tuesday, the 19th. Thus, Plaintiffs request that the hearing be vacated.

Dated: May 18, 2020

/s/ *Ronda Baldwin-Kennedy*
Ronda Baldwin-Kennedy

/s/ *Raymond DiGuiseppe*
Raymond DiGuiseppe

Attorneys for Plaintiffs