UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-2927-CBM(ASx) | Date | MAY 18, 2020 |

Title: Donald McDougall v. County of Ventura California, et al

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the Plaintiff's notice of withdrawal of motion [40] is granted.

The telephonic hearing re the motion for preliminary injunction[20] re gun store closure, currently set for May 19, 2020, is hereby withdrawn and take off calendar.

IT IS SO ORDERED.

cc: all parties