1 | LEROY SMITH, State Bar No. 107702
County Counsel, County of Ventura
2 | CHARMAINE H. BUEHENER, State Bar No. 220868
Assistant County Counsel
3 | 800 South Victoria Avenue, L/C #1830
Ventura, California 93009
4 | Telephone:   (805) 654-2588
Facsimile:   (805) 654-2185
5 | E-mail:       charmaine.buehner@ventura.org

6 | Attorneys for Defendants County of Ventura
(also erroneously sued as Ventura County Public
7 | Health Care Agency), Sheriff William Ayub
(erroneously sued as Bill Ayub), Robert
8 | Levin and William T. Foley

9 |                    UNITED STATES DISTRICT COURT

10 |                   CENTRAL DISTRICT OF CALIFORNIA

11 |

12 | DONALD MCDOUGALL, an                ) No. 2:20 cv-02927 CBM(ASX)
individual; JULIANA GARCIA, an        )
13 | individual; SECOND AMENDMENT)   DECLARATION OF CHARMAINE H.
FOUNDATION; CALIFORNIA              ) BUEHNER IN SUPPORT OF
14 | GUN RIGHTS FOUNDATION; and      ) DEFENDANTS' MOTION TO
FIREARMS POLICY COALITION,          ) DISMISS FIRST AMENDED
15 | INC.,                                                   ) COMPLAINT
                                                              )
16 |                          Plaintiffs,         ) Date:   June 30, 2020
                                                              ) Time: 10:00 a.m.
17 |          vs.                                        ) Ctrm:  8b
                                                              ) Judge: Hon. Consuelo B. Marshall
18 | COUNTY OF VENTURA,                  )
CALIFORNIA; BILL AYUB, in his     ) Trial:              Not Set
19 | official capacity; WILLIAM T.       ) Complaint Filed:   March 28, 2020
FOLEY, in his official capacity,      )
ROBERT LEVIN, in his official       )
20 | capacity; and VENTURA COUNTY )
PUBLIC HEALTH CARE AGENCY,)
21 |                                                          )
                                                              )
22 |                          Defendants.       )
                                                              )
23 | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾)

24 |          I, Charmaine H. Buehner, state as follows:

25 |          1.  I am an attorney licensed to practice law in the State of California.  I am

26 | an Assistant County Counsel with the County of Ventura ("County") and represent

27 | defendant County, as well as the individual defendants named in the above-

28 | captioned action, all of whom have been named in their official capacity:  William

1

1  Ayub, the County Sheriff, Robert Levin, M.D., the County Health Officer, and

2  William T. Foley, the Director of the Ventura County Health Care Agency, in

3  which the County's Public Health Department resides.  The defendant identified as

4  "Ventura County Public Health Care Agency" is not an agency or department of

5  the County, nor are the Health Care Agency or the Public Health Department legal

6  entities separate from the County.  All named defendants are collectively referred

7  to herein as "Defendants."  I have personal knowledge of the facts stated herein

8  and, if called as a witness, I could and would competently testify thereto.

9       2.  On April 30, 2020 and in follow-up email correspondence on May 21

10  and 26, 2020, I conducted a telephonic conference of counsel with plaintiffs'

11  counsel Ronda Baldwin-Kennedy and Raymond DiGuiseppe pursuant to Local

12  Rule 7-3.

13       I declare under penalty of perjury of the laws of the United States and the

14  State of California that the foregoing is true and correct.

15

16  Dated: June 2, 2020

/s/

CHARMAINE H. BUEHNER
Assistant County Counsel

17

18  Attorneys for Defendant County of Ventura
(also erroneously sued as Ventura County Public
19  Health Care Agency), Sheriff William Ayub
(erroneously sued as Bill Ayub), Robert Levin
20  and William T. Foley

21

22

23

24

25

26

27

28

2

DECLARATION OF CHARMAINE H. BUEHNER IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT