LEROY SMITH, State Bar No. 107702
County Counsel, County of Ventura
CHARMAINE H. BUEHENER, State Bar No. 220868
Assistant County Counsel
800 South Victoria Avenue, L/C #1830
Ventura, California 93009
Telephone:  (805) 654-2588
Facsimile:   (805) 654-2185
E-mail:        charmaine.buehner@ventura.org

Attorneys for Defendants County of Ventura
(also erroneously sued as Ventura County Public
Health Care Agency), Sheriff William Ayub
(erroneously sued as Bill Ayub), Robert
Levin and William T. Foley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, an individual; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>　　　　　Plaintiffs,<br>　　vs.<br>COUNTY OF VENTURA, CALIFORNIA; BILL AYUB, in his official capacity; WILLIAM T. FOLEY, in his official capacity, ROBERT LEVIN, in his official capacity; and VENTURA COUNTY PUBLIC HEALTH CARE AGENCY,<br><br>　　　　　Defendants. | No. 2:20 cv-02927 CBM(ASX)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date:  June 30, 2020<br>Time: 10:00 a.m.<br>Ctrm: 8b<br>Judge: Hon. Consuelo B. Marshall<br><br>Trial:　　　　　　Not Set<br>Complaint Filed:   March 28, 2020 |

**[PROPOSED] ORDER**

Having considered defendants County of Ventura, Sheriff William Ayub, Dr. Robert Levin, and William T. Foley ("Defendants") motion to dismiss the first amended complaint of plaintiffs Donald McDougall, Juliana Garcia, Second Amendment Foundation, California Gun Rights Foundation and Firearms Policy Coalition ("Plaintiffs"), including the briefing and papers submitted by the parties, oral argument by the parties, if any, and all other matters properly before the Court, including the 28 exhibits that were the subject of a request for judicial notice, which is hereby granted, and for good cause appearing, Defendants' motion is hereby granted and Plaintiffs' first amended complaint is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: _____

Honorable Consuelo B. Marshall
United States District Court Judge