1  LEROY SMITH, State Bar No. 107702
   County Counsel, County of Ventura
2  CHARMAINE H. BUEHENER, State Bar No. 220868
   Assistant County Counsel
3  800 South Victoria Avenue, L/C #1830
   Ventura, California 93009
4  Telephone:   (805) 654-2588
   Facsimile:   (805) 654-2185
5  E-mail:       charmaine.buehener@ventura.org

6  Attorneys for Defendants County of Ventura
   (also erroneously sued as Ventura County Public
7  Health Care Agency), Sheriff William Ayub
   (erroneously sued as "Bill Ayub"), Robert Levin
8  and William T. Foley

9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13  DONALD MCDOUGALL, an          )  No. 2:20-cv-02927-CBM (AS)
    individual; JULIANA GARCIA, an )
14  individual; SECOND AMENDMENT )  NOTICE OF STATEWIDE PUBLIC
    FOUNDATION; CALIFORNIA         )  HEALTH OFFICER ORDER,
15  GUN RIGHTS FOUNDATION; and    )  DEFENDANT COUNTY OF
    FIREARMS POLICY COALITION,     )  VENTURA'S PUBLIC ORDER TO
16  INC.,                          )  SAFELY REOPEN VENTURA
                                   )  COUNTY, AND THE CONTINUED
17             Plaintiffs,         )  OPERATION OF GUN STORES
       vs.                         )  AND SHOOTING RANGES UNDER
18                                 )  THE ADDITIONAL ORDERS
    COUNTY OF VENTURA,             )
19  CALIFORNIA; BILL AYUB, in his  )  Date:   August 4, 2020
    official capacity; WILLIAM T.  )  Time:   10:00 a.m.
20  FOLEY, in his official capacity,)  Ctrm:   8B
    ROBERT LEVIN, in his official  )  Judge:  Hon. Consuelo B. Marshall
21  capacity; and VENTURA COUNTY   )
    PUBLIC HEALTH CARE AGENCY      )
22                                 )
                                   )
23             Defendants.         )
    _____  )

24  **NOTICE OF ISSUANCE OF ADDITIONAL PUBLIC HEALTH ORDERS**

25  TO THE COURT AND ALL PARTIES OF RECORD:

26        PLEASE TAKE NOTICE that since June 16, 2020, which is the date of the

27  last filing of defendants County of Ventura ("County"), Sheriff William Ayub,

28  Dr. Robert Levin and William T. Foley (collectively "Defendants") in this action,

                                   1

the Ventura County Health Officer ("Local Health Officer") and the State of California Public Health Officer ("State Health Officer") have continued to issue a series of public health orders in response to the continually evolving public health crisis of the global pandemic, COVID-19.  The orders of the Local Health Officer, issued on June 25, July 2, 13 and 16 (collectively "Local Health Orders," attached hereto as Exhibits 1, 2, 3, 4 and 5, respectively), continue to align with the State Health Officer's mandates and the State of California's four-phase plan known as the "Pandemic Roadmap," whether such orders have been to reopen or shutter certain businesses and activities.  (ECF 42, Pg. ID 764.)  On July 13, 2020, the State Health Officer issued an order to close certain high risk businesses such as bars, clubs, and other indoor sectors within California counties that are on the State's County Monitoring List, such as Ventura County.  ("State Order," Exhibit 6.)

Neither the Local Health Orders nor the State Order address or affect the continued operation of gun and ammunition retailers within Ventura County. Indeed, since May 7, 2020, and continuing through the date of this notice, gun and ammunition retailers and shooting ranges have continued to be open in Ventura County, as set forth in the Local Health Officer's "Frequently Asked Questions" guide ("COVID-19 FAQ").  (Exhibit 7.)  The COVID-19 FAQ is expressly incorporated as a directive of the Local Health Officer.  (ECF 45-1 Pg ID 1115.)

LEROY SMITH
County Counsel, County of Ventura

Dated: July 29, 2020          By_____/s/_____
                              CHARMAINE H. BUEHNER
                              Assistant County Counsel

Attorneys for Defendants County of Ventura (also erroneously sued as Ventura County Public Health Care Agency), Sheriff William Ayub (erroneously sued as "Bill Ayub"), Robert Levin and William T. Foley

NOTICE OF ISSUANCE OF ADDITIONAL PUBLIC HEALTH ORDERS & THE CONTINUED OPERATION OF GUN STORES IN VENTURA COUNTY



**COUNTY OF VENTURA**
**COUNTY EXECUTIVE OFFICE**

**Mike Powers**
County Executive Officer

800 So. Victoria Ave., Hall of Administration, Ventura, CA 93009
http://www.ventura.org    http://www.vcnewschannel.com

Ashley Bautista
Public Information Officer
**TEL:** (805) 654-2640

# NEWS RELEASE
## FOR IMMEDIATE RELEASE

June 11, 2020

<b>Ventura County Public Health Department issues modified health order</b><br>
<b>Allows for reopening of additional sectors</b><br>
<i>Takes Effect Friday, June 12, 2020</i>

**VENTURA, CA** – Ventura County Public Health Department has issued a modified health order permitting the reopening of additional businesses that were previously closed. This Order will be effective June 11, 2020 11:59 pm and will continue to be in effect until extended, rescinded, superseded or amended in writing by the Public Health Officer.

Sectors that may reopen on Friday, June 12 with modifications, social distancing protocols, and completion of the attestation process include, but are not limited to:

- Gyms and Fitness Facilities
- Day Camps
- Family Entertainment Centers
- Hotels and Lodging for tourism or Individual Travel
- Campgrounds, RV Parks and Outdoor Recreation
- Restaurants, Wineries, and Bars
- Zoos, Aquariums, and Museums
- Public Pools
- Skate Parks

Modifications required **in addition to** those found in the state guidance are as follows:

- **Gyms and Fitness Facilities**
  1) Outdoor activities can follow the guidance as written
  2) Indoor activities must keep a **12-foot** distancing requirement
- **Day Camps**
  1) Groups sizes are limited to a 10-1 or 10-2 ratio for each group (10 campers with one or two instructors).
  2) Each group must be stable. The same campers and instructor stay together and do not mix with other groups.
  3) Any camp activity must maintain 6-foot social distancing. Individual skills and drills can be done, but no group or contact sports such as a football or basketball games may be played
- **Family Entertainment Centers**
  1) Examples that may be opened include bowling, miniature golf, batting cages, and private skate parks
  2) Movie theaters, arcades, playgrounds, rock climbing walls, and trampoline venues are not allowed to open at this time

<b>Exhibit 1, page 1 of 2</b>



**COUNTY OF VENTURA
COUNTY EXECUTIVE OFFICE**

**Mike Powers**
County Executive Officer

800 So. Victoria Ave., Hall of Administration, Ventura, CA 93009
http://www.ventura.org       http://www.vcnewschannel.com

Ashley Bautista
Public Information Officer
**TEL:** (805) 654-2640

# NEWS RELEASE
## FOR IMMEDIATE RELEASE

- **Hotels and Lodging for Tourism or Individual Travel**
  1) Hotel rooms must be left vacant for 24 hours after a guest has departed

- **Campgrounds, RV Parks and Outdoor Recreation**
  1) RV parks and campgrounds at the beach are allowed 2/3 capacity
  2) RV parks and campgrounds not at the beach are allowed 50% capacity
- **Restaurants, Wineries, and Bars**
  1) Bars and wineries that serve food can be open with the existing requirement that alcohol must be sold on the same ticket as a meal
  2) Restaurants should continue to follow the previous guidance
- **Zoos, Aquariums, and Museums**
  1) Follow state guidance
- **Public and HOA Pools**
  1) 50% capacity
  2) Use a reservation system
  3) Follow County of Ventura Environmental Health guidance for pools
- **Music, Film, and TV Production**
  1) No live audiences
  2) *Do not register at VCReopens.com.  Attestation is included through permit issuance
  3) Must have a COVID-19 Compliance Officer on site
  4) Follow industry guidance

These sectors may be open only while adhering to social distancing protocols provided by the Governor and the Ventura County Health Officer and after completing the County's attestation process (*except for those noted). Businesses must also follow the guidelines on the Frequently Asked Questions document at:   Business owners can find resources, information, and the process to complete the attestation at www.vcreopens.com.

Other State Guidance and openings still under consideration:
- Cardrooms, Satellite Wagering Facilities, and Racetracks
- Professional Sports without a Live Audience

For more information about COVID-19 and the local response, visit www.vcemergency.com.

**Exhibit 1, page 2 of 2**

**ORDER OF THE VENTURA COUNTY HEALTH OFFICER**

**CLOSING ALL BARS AND LIMITING RESTAURANTS AND OTHER SPECIFIED BUSINESSES TO OUTDOORS ONLY**

**Effective Date of Order:  July 2, 2020 at 10:00 P.M.**

AS DIRECTED BY THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101030, 101040, 101085, AND 120175, TITLE 17 CALIFORNIA CODE OF REGULATIONS SECTION 2501, ARTICLE XI OF THE CALIFORNIA CONSTITUTION, AND CALIFORNIA GOVERNMENT CODE SECTIONS 8610, 8630, 8634, AND 8665, THE VENTURA COUNTY HEALTH OFFICER ("HEALTH OFFICER") HEREBY ORDERS:

**1.     Bars must close.**  All Bars shall be closed to the public until those establishments are allowed to resume operation pursuant to state guidance and local permission.  For purposes of this Order, "Bar" means a business that is licensed to sell alcoholic beverages for consumption on its premises, including but not limited to bars, pubs, brewpubs, breweries, wineries, wine tasting rooms, and distilleries, but is not permitted as a restaurant by the Ventura County Environmental Health Division (EHD).

**2.     Restaurants may not allow indoor dining.**   "Restaurants" shall not allow indoor dining service until Restaurants are allowed to resume indoor dining operations pursuant to state guidance and local permission.  For purposes of this Order, "Restaurant" means a business that is permitted as a restaurant by the Ventura County EHD, even if it also possesses a license to sell alcoholic beverages for consumption on its premises.

Outdoor dining allowed with restrictions. Outdoor dining is allowed on Restaurant premises subject to full compliance with all relevant portions of the guidance set forth in the California Department of Public Health Guidance on Dine-In Restaurants.  In addition, the following local rules which are more restrictive than the state guidance shall be followed:

(a) only members of the same household may sit together at a single table,
(b) the maximum time a patron may dine on the premises is 1 and ½ hours, and
(c) Restaurants must be closed to on-premise dining between 10:00 p.m. and 5:00 a.m.

Restaurants should continue to encourage takeout and delivery service whenever possible.

**3.     Movie theatres, family entertainment centers, zoos, museums and cardrooms may not operate indoors.**  Pursuant to state orders, movie theatres, family entertainment centers, zoos, museums and cardrooms may not operate indoors.  Persons should check

**Exhibit 2, page 1 of 3**

current state and local heath orders to determine whether such business may operate outdoors, and if so, what restrictions apply in the form of state guidance, frequently asked questions or otherwise.

**4.      Compliance.**  The violation of any provision of this Order, the County's FAQ's or the State Stay at Home Order constitutes a threat to public health and a public nuisance per se.  Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the County Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order.

**5.      Violation may constitute unfair competition.**  Any person that, after notice, operates, manages, maintains or occupies or continues to operate, manage, maintain or occupy, any business in violation of this Order or the State Stay at Home Order may, in addition or in the alternative to any other civil and criminal penalties allowed by law, be subject to liability under the Unfair Competition Law (chapter 5 of part 2 of division 7 of the Business and Professions Code, commencing at section 17200), and subject to civil penalties and other relief as provided therein, for each act or practice in violation of this Order, the State Stay at Home Order, any predecessor order, or any of them.

**6.      Applicable to entire County.**  This Order applies to all persons in the cities and the entire unincorporated area of the County.

**7.      Effective date and time.**  This Order shall become effective and operative at 10:00 p.m. on July 2, 2020, and will continue to be in effect until rescinded, superseded or amended in writing by the Health Officer. All prior orders remain in effect.

**8.      Copies of Order.**  Copies of this Order shall promptly be: (1) made available at the County of Ventura Public Health Office, 2240 East Gonzalez Road, Suite 210, Oxnard, California, 93036; (2) posted on the Ventura County Public Health Department website (available at www.vchca.org/ph); and (3) provided to any member of the public requesting a copy of this Order.

**9.      Severability.**  If any provision of this Order or the application thereof to any person or circumstance is held to be invalid by a court of competent jurisdiction, the remainder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect.  To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

_Robert M Levin MD_

**Robert Levin, M.D.**

2

**Ventura County Health Officer**                    Dated:  July 2, 2020

3

**ORDER OF THE VENTURA COUNTY HEALTH OFFICER**

**REQUIRING ALL BEACHES AND BEACH PARKING TO BE CLOSED
TO THE PUBLIC DURING JULY 4TH WEEKEND**

**Effective Date:  July 3, 2020, 5:00 a.m.**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE
SECTIONS 101040, 101085 AND 120175, THE HEALTH OFFICER OF THE
COUNTY OF VENTURA ORDERS:

1.      **Public Beaches Closed.**  All public beaches in Ventura County shall be closed to
members of the public during the July 4th holiday weekend, defined as 5:00 a.m. July 3,
2020, through 5:00 am. July 6, 2020.

2.      **Public Beach Parking Closed.**  All public parking lots primarily designed or
operated to serve persons visiting public beaches shall be closed during the July 4th
holiday weekend (i.e., 5:00 a.m. July 3, 2020, through 5:00 a.m. July 6, 2020),  and the
California Highway Patrol and Caltrans are requested to temporarily close all roadside
parking along state highways that are adjacent to public beaches during the July 4th
weekend.

3.      **Applicable to Entire County.**  This Order applies to all persons in the cities
and the entire unincorporated area of the County.

4.      **Sheriff and Police Chiefs Requested to Enforce.**  Pursuant to Government
Code sections 26602 and 41601 and Health and Safety Code section 101029, the
County Health Officer requests that the Sheriff and all chiefs of police in the County
ensure compliance with and enforce this Order.

5.      **All Local Governmental Public Entities Requested to Comply.**  Pursuant to
Health and Safety Code section 120175.5, the County Health Officer requests that all
local governmental public entities, including cities and districts, comply with and
enforce this Order closing all public beaches and public beach parking during the July
4th weekend.

6.      **Compliance.**  The violation of any provision of this Order constitutes a threat to
public health and a public nuisance per se.  Pursuant to the California Health and Safety
Code, including sections 120295 et seq., violation of or failure to comply with this Order
is a misdemeanor punishable by fine, imprisonment, or both.

7.      **Effective Date and Time.**  This Order shall become effective and operative at
5:00 a.m. on July 3, 2020, and expire at 5:00 a.m. on July 6, 2020.

8.      **Copies of Order.**  Copies of this Order shall promptly be: (1) made available at
the County of Ventura Public Health Office, 2240 East Gonzalez Road, Suite 210,

**Exhibit 3, page 1 of 2**

Oxnard, California, 93036; (2) posted on the Ventura County Public Health Department website (available at www.vchca.org/ph); and (3) provided to any member of the public requesting a copy of this Order.

**IT IS SO ORDERED:**

_Robert Levin MD_

**Robert Levin, M.D.**
**Ventura County Health Officer**                    Dated:  July 2, 2020

2

**ORDER OF THE VENTURA COUNTY HEALTH OFFICER**

**CLOSING SPECIFIED INDOOR INDUSTRIES AND ACTIVITIES**

**Effective Date of Order:  July 14, 2020 at 8:00 a.m.**

AS DIRECTED BY THE CALFORNIA DEPARTMENT OF PUBLIC HEALTH AND UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101030, 101040, 101085, AND 120175, TITLE 17 CALIFORNIA CODE OF REGULATIONS SECTION 2501, ARTICLE XI OF THE CALIFORNIA CONSTITUTION, AND CALIFORNIA GOVERNMENT CODE SECTIONS 8610, 8630, 8634, AND 8665, THE VENTURA COUNTY HEALTH OFFICER ("HEALTH OFFICER") HEREBY ORDERS:

**1.      Specified industries and activities must close.**  The following industries or activities shall close and/or cease unless they can be modified to operate outside or by pick-up.

    a.  Gyms and fitness centers,
    b.  Worship services,
    c.  Protests,
    d.  Offices for non-essential sectors,
    e.  Personal care services, like nail salons, body waxing and tattoo parlors,
    f.  Hair salons and barbershops, and
    g.  Malls.

**2.      Compliance.**  The violation of any provision of this Order, the County's FAQ's or the State Stay at Home Order constitutes a threat to public health and a public nuisance per se.  Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the County Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order.

**3.      Violation may constitute unfair competition.**  Any person that, after notice, operates, manages, maintains or occupies or continues to operate, manage, maintain or occupy, any business in violation of this Order or the State Stay at Home Order may, in addition or in the alternative to any other civil and criminal penalties allowed by law, be subject to liability under the Unfair Competition Law (chapter 5 of part 2 of division 7 of the Business and Professions Code, commencing at section 17200), and subject to civil penalties and other relief as provided therein, for each act or practice in violation of this Order, the State Stay at Home Order, any predecessor order, or any of them.

**4.      Applicable to entire County.**  This Order applies to all persons in the cities and the entire unincorporated area of the County.

1

**Exhibit 4, page 1 of 2**

**5.      Effective date and time.**  This Order shall become effective and operative at 8:00 a.m. on July 14, 2020, and will continue to be in effect until rescinded, superseded or amended in writing by the Health Officer. All prior orders remain in effect.

**6.      Copies of Order.**  Copies of this Order shall promptly be: (1) made available at the County of Ventura Public Health Office, 2240 East Gonzalez Road, Suite 210, Oxnard, California, 93036; (2) posted on the Ventura County Public Health Department website (available at www.vchca.org/ph); and (3) provided to any member of the public requesting a copy of this Order.

**7.      Severability.**  If any provision of this Order or the application thereof to any person or circumstance is held to be invalid by a court of competent jurisdiction, the remainder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect.  To this end, the provisions of this Order are severable.

**IT IS SO ORDERED:**

_Robert Levin MD_

**Robert Levin, M.D.**
**Ventura County Health Officer**                    Dated:  July 13, 2020

2

## ORDER OF THE VENTURA COUNTY HEALTH OFFICER

### AMENDING JULY 2, 2020, ORDER TO ALLOW BARS WITH FOOD SERVICE AND WINERIES TO REOPEN OUTDOOR OPERATIONS

### Effective Date of Order:  July 16, 2020 at 10:00 p.m.

Section 1 of the Ventura County Health Officer's order dated July 2, 2020, is hereby repealed and replaced with the following provision:

"**1.   Bars that serve food and wineries may open outdoor operations.**  All bars, pubs, brewpubs, breweries and other businesses licensed to sell alcoholic beverages for consumption on their premises must close indoor operations, but may open outdoor operations if they offer sit-down, outdoor dine-in meals. Alcohol can only be sold in the same transaction as a meal.  Wineries and wine tasting rooms may open outdoor operations even if they do not offer sit-down, outdoor dine-in meals.

Additional restrictions on outdoor operations. In addition to complying with all applicable State orders and guidance, bars, pubs, brewpubs, breweries, wineries and wine tasting rooms must comply with the following local requirements:

(a) only members of the same household may sit together at a single table,
(b) the maximum time a patron may be on the premises is 1 and ½ hours, and
(c) Bars must be closed to the public between 10:00 p.m. and 5:00 a.m."

**Effective date and time.**  This amendment to section 1 of the July 2, 2020, Order shall become effective and operative at 10:00 p.m. on July 16, 2020, and will continue to be in effect until rescinded, superseded or amended in writing by the Health Officer.

**IT IS SO ORDERED:**

**Robert Levin, M.D.**
**Ventura County Health Officer**                              Dated:  July 16, 2020

1



State of California—Health and Human Services Agency
# California Department of Public Health



**SONIA Y. ANGELL, MD, MPH**
*State Public Health Officer & Director*

**GAVIN NEWSOM**
*Governor*

**Statewide Public Health Officer Order,
July 13, 2020**

On March 19, 2020, I issued an order directing all individuals living in the State of California to stay at home except as needed to facilitate authorized, necessary activities or to maintain the continuity of operations of critical infrastructure sectors. I then set out California's path forward from this "Stay-at-Home" Order in California's Pandemic Resilience Roadmap. On May 7th, I announced that statewide data supported the gradual movement of the entire state into Stage 2 of the Pandemic Resilience Roadmap. On May 8th, the Governor outlined a process where counties that met specific criteria could move more quickly than other parts of the state through Stage 2 of modifying the Stay-at-Home order, including certain businesses deemed higher risk.

The statewide data has since demonstrated a significant increase in the spread of COIVD-19, resulting in public health conditions that demand measures responsive to those conditions be put into place with haste. On June 28, 2020, the California Department of Public Health (CDPH) issued guidance setting forth the need to close bars and similar establishments in counties that – due to concerning levels of disease transmission, hospitalizations, or insufficient testing – had been on the County Monitoring List, which includes counties that show concerning levels of disease transmission, hospitalizations, insufficient testing, or other critical epidemiological markers, for 14 days. On July 1, 2020, CDPH issued guidance specific to counties on the County Monitoring List for three consecutive days, requiring closure of the indoor operations of various sectors, including restaurants, wineries, and certain entertainment venues, as well as all bars indoor and outdoor. Based on my judgment as the State Public Health Officer, it is now necessary to take these steps statewide, to take additional steps for counties on the County Monitoring List, and to continue to monitor and modify the process of reopening.

The current data reflect that community spread of infection is of increasing concern across the state. On July 1, 2020, there were 19 counties on the County Monitoring List. As of July 13, 2020, there are 32 counties on the list, and additional counties may soon be added as data warrants. In addition to the impact on the general population, community spread increases the likelihood of expanded transmission of COVID-19 in congregate settings such as nursing homes, homeless shelters, jails and prisons. Infection of these vulnerable populations in these settings can be catastrophic. Higher

**Exhibit 6, page 1 of 5**

levels of community spread also increase the likelihood of infection among individuals at high risk of serious outcomes from COVID-19, including the elderly and those with underlying health conditions who might live or otherwise interact with an infected individual.

The Pandemic Resilience Roadmap classifies bars, pubs, breweries, brewpubs, dine-in restaurants, wineries and tasting rooms, family entertainment centers, zoos, museums, and cardrooms as Stage 2 or Stage 3 sectors with high risk of transmission due to a number of features of the businesses and the behaviors that occur within them. Public health studies have shown that the risk of transmission is exacerbated in indoor spaces, particularly when lacking appropriate ventilation. These sectors are settings where groups convene and may mix with others for a prolonged period of time, increasing the risk of escalating the transmission rate of COVID-19. While physical distancing is critical to mitigating exposure, it is more effective at protecting an individual with brief exposures or outdoor exposures. In contrast to indoor spaces, wind and the viral dilution in outdoor spaces can help reduce viral load.

Bars, both indoor and outdoor, have additional risk factors. A bar, foundationally, is a social setting where typically not only small groups convene, but also where groups mix with other groups.  Bars also have an added risk imposed by the consumption of alcohol as a primary activity offered in such venues. Alcohol consumption slows brain activity, reduces inhibition, and impairs judgment, factors which contribute to reduced compliance with recommended core personal protective measures, such as the mandatory use of face coverings and maintaining six feet of distance from people in different households, both indoors and outdoors. Louder environments and the cacophony of conversation that are typical in bar settings also require raised voices and greater projection of orally emitted viral droplets.

For counties on the County Monitoring List, the risks and impacts of disease transmission are even greater. The science suggests that for indoor operations the odds of an infected person transmitting the virus are dramatically higher compared to an open-air environment. Thus, for those counties on the list, it is necessary to close indoor operations for additional sectors which promote the closed-space mixing of populations beyond households and/or make adherence to physical distancing with face coverings difficult, including: gyms and  fitness centers, places of worship, protests, offices for non-Critical Infrastructure sectors as designated on covid19.ca.gov, personal care services (including nail salons, massage parlors, and tattoo parlors), hair salons and barbershops, and malls.

///
///
///
///
///
///

**NOW, THEREFORE, I, as State Public Health Officer and Director of the California Department of Public Health, order all of the following:**

**Statewide Order Relative to Bars, Pubs, Brewpubs, and Breweries**

1. Bars, pubs, brewpubs, and breweries, whether operating indoors or outdoors, shall be closed across the state, unless an exception below applies.

    a. Bars, pubs, brewpubs, and breweries, may operate outdoors if they are offering sit-down, outdoor, dine-in meals. Alcohol can be sold only in the same transaction as a meal. When operating outdoors, they must follow the dine-in restaurant guidance and should continue to encourage takeout and delivery service whenever possible.

    b. Bars, pubs, brewpubs, and breweries that do not provide sit-down meals themselves, but can contract with another vendor to do so, can serve dine-in meals when operating outdoors provided both businesses follow the dine-in restaurant guidance and alcohol is sold only in the same transaction as a meal.

    c. Venues that are currently authorized to provide off sale beer, wine, and spirits to be consumed off premises and do not offer sit-down, dine-in meals must follow the guidance for retail operations and offer curbside sales only.

    d. Concert, performance, or entertainment venues must remain closed until they are allowed to resume modified or full operation through a specific reopening order or guidance. Establishments that serve full meals must discontinue this type of entertainment until these types of activities are allowed to resume modified or full operation.

2. Indoor operations shall be restricted across the state as specified below:

    a. Dine-in restaurants must close indoor seating to customers. During this closure all dine-in restaurants may continue to utilize outdoor seating and must comply with the guidance for outdoor dining. Restaurants should continue to encourage takeout and delivery service whenever possible.

    b. Wineries and tasting rooms must close indoor services to customers. During this closure all wineries and tasting rooms operating outdoors must comply with the guidance for restaurants, wineries, and bars.

    c. Family entertainment centers and movie theaters must close indoor services and attractions to customers.

        1. Family entertainment centers may continue to provide outdoor services and attractions to customers, and must comply with the guidance for movie theaters and family entertainment centers.

    2.  Drive-in movie theaters may continue to operate and should follow additional applicable guidance for [drive-in movie theaters](#).

d.  Indoor attractions at zoos and museums must close to visitors.

    1.  Zoos and museums may continue to operate outdoor attractions and must follow the [guidance for zoos and museums](#).

e.  Cardrooms must close indoor services to customers and must follow the [guidance for cardrooms](#).

### Order for Closure of Additional Indoor Sectors for Counties on Monitoring List

3. Counties that currently appear on CDPH's County Monitoring List and have been on the list for three consecutive days, and counties that subsequently appear for three consecutive days or more while this order remains effective, must close all indoor operations of the following types of businesses/events/activities:

a.  Gyms and Fitness Centers
b.  Places of Worship
c.  Protests
d.  Offices for [Non-Critical Infrastructure Sectors](#)
e.  Personal Care Services (including nail salons, massage parlors, and tattoo parlors)
f.  Hair salons and barbershops
g.  Malls

### Terms of Orders

4. This order shall go into effect immediately.

5. These closures shall remain in effect until I determine it is appropriate to modify the order based on public health conditions.

6. Outdoor operations may be conducted under a tent, canopy, or other sun shelter but only as long as no more than one side is closed, allowing sufficient outdoor air movement.

7. I will continue to monitor the epidemiological data and will modify the sectors that may be open both statewide and in counties on the Monitoring List as required by the evolving public health conditions. If I determine that it is appropriate to reopen, close, or modify the operations of any additional sectors, those sectors will be posted at: [https://covid19.ca.gov/roadmap-counties/](https://covid19.ca.gov/roadmap-counties/).

8. My [guidance](#) mandating the wearing of face coverings and my [guidance](#) prohibiting gatherings continue to apply statewide, except as specifically permitted in other orders or guidance documents. To prevent further spread of COVID-19 to and within other

**Exhibit 6, page 4 of 5**

jurisdictions within the State, Californians should not travel significant distances and should stay close to home.

9. This order is issued pursuant to the authority under EO N-60-20, and Health and Safety Code sections 120125, 120130(c), 120135, 120140, 120145, 120150, 120175,120195 and 131080.

Sonia Y Angell, MD, MPH
State Public Health Officer & Director
California Department of Public Health



# VENTURA COUNTY
## R E C O V E R S

# Frequently Asked Questions (FAQs)

**Public Health Orders** | **COVID Business Compliance** | **General FAQs**

COVID BUSINESS COMPLIANCE – PHONE: 844 VC-OPENS | EMAIL: covidcompliance@ventura.org

---

## FAQs updated July 22, 2020

**(New/Updated FAQs highlighted with RED border)**

| Health Order | Healthcare | Children | What can I do? | Getting around/Outdoors | More info |
|---|---|---|---|---|---|

### WHAT CAN I DO?

Can private social clubs be open? Added 7/17/2020

Are garage sales or swap meets allowed allowed? *Updated 7/22/2020*

Can businesses that offer electrolysis, body art, tattoo parlors and piercing be open? *Updated 7/22/2020*

Can businesses that offer haircuts, skin care, nails, waxing, threading and massage be open? *Updated 7/22/2020*

Movie Theaters

Wedding Ceremonies Updated 7/17/2020

Can gyms and fitness facilities be open? *Updated 7/22/2020*

Which businesses and activity types must follow the Gyms and Fitness Center Guidance? Added 7/20/2020

Español »

acy · Terms

**Exhibit 7, page 1 of 4**



Day Camps

Family Entertainment Centers

Can cardrooms, satellite wagering facilities, and/or racetracks with onsite wagering be open? Updated 7/20/2020

Hotels, Lodging, and Short-Term Rentals for Tourism or Individual Travel

Campgrounds, RVs, and Outdoor Recreation

Breweries, wineries and similar establishments can reopen for outdoor service Updated 7/22/2020

Can breweries, wineries and distilleries sell their products curbside, pick-up or by delivery? Added 7/10/2020

Zoos, Aquariums, and Museums

Public Pools

Music, Film, and TV Production

Are Martial Arts studios allowed to be open? Updated 7/22/2020

What if I'm in a line and there isn't six feet between me and others?

How can I access free or reduced-price meals for myself or my family?

Should I stock up on food, necessities like toilet paper, and on medicines?

Can grocery stores, farmers markets, and other food retailers remain open?

Are non-profit organizations allowed to continue operating?

Can a car dealership stay open?

Can Recreational Vehicles be repaired?

Can I go to a vet or pet hospital if my pet is sick?

Español »

**Exhibit 7, page 2 of 4**

Can I go out to do laundry or have my laundry done?

Can I go to the bank?

Can bike stores stay open? What about bike rentals?

May cannabis stores continue to operate under the current health officer order?

Where do I report a business that stays open in violation of the Stay Well at Home order?

Can Florists be open?

Can a dog grooming business be open?

Can gun shops be open?

Yes. With the elimination of the essential business model in the local health order, and reliance on the State health order model for critical infrastructure, the Sheriff and local health officer have determined that the gun stores may fully open to the public provided they implement and register site-specific prevention plans as described **www.vcreopens.com.**

Can Equestrian Centers/Horseback Riding be open?

Can Jet Ski/Boat/Bike Rentals be open?

Can Archery/Shooting Ranges be open?

Yes.

Can a Remote Control Plane Range be open?

Outdoor Photography is permitted with restrictions. Commercial or permitted photo shoots are not allowed.

Can churches be open for in person services? Updated 7/15/2020

Can I play bingo?

Privacy - Terms

Español »

**Exhibit 7, page 3 of 4**

© 2020 · Ventura County Recovers.

Privacy - Terms

Español »

**Exhibit 7, page 4 of 4**