UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-2927-CBM(ASx) | Date | JULY 30, 2020 |
| Title | Donald McDougall v. County of Ventura California, et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the defendant's motion to dismiss [42], currently scheduled for August 4, 2020, is hereby ordered continued to *September 22, 2020 at 9:00 a.m.*

IT IS SO ORDERED.

cc: all parties