UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 20-2927-CBM(ASx) | Date | SEPTEMBER 17, 2020 |
|---|---|---|---|

| Title | Donald McDougall v. County of Ventura California, et al., |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that defendant's motion to dismiss plaintiff's first amended complaint [42], currently set for hearing on September 22, 2020, is appropriate for decision without oral argument.

Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated.  No appearances are necessary on September 22, 2020.  A written order will issue.

IT IS SO ORDERED.

cc: all parties