# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, ET AL., <br>         Plaintiffs, <br> vs. <br> COUNTY OF VENTURA, ET AL., <br>         Defendants. | Case No.: 2:20-cv-02927-CBM-AS <br><br> **JUDGMENT**  JS6 |

Pursuant to the Court's Order RE: Motion to Dismiss Case,

IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: October 21, 2020

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1