UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-5

| | | | |
|---|---|---|---|
| Case No. | CV 20-2927-CBM(ASx) | Date | APRIL 26, 2022 |

| | |
|---|---|
| Title | Donald McDougall v. County of Ventura California, et al |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES   JS-5**

Counsel are hereby notified that pursuant to the Judge's directive, the Court will set a Status Conference re: OPINION from Ninth Circuit Court of Appeals filed re: Notice of Appeal [58] CCA # 20-56220, Reversed and Remanded and set for **July 12, 2022 at 10:00 a.m.**   Counsel are to file a joint status report by no later than July 5, 2022.

IT IS SO ORDERED.

cc: all parties