| | |
|---|---|
| 1 | RAYMOND M. DIGUISEPPE, State Bar No. 228457 |
|   | THE DIGUISEPPE LAW FIRM, P.C. |
| 2 | 4320 Southport-Supply Road, Suite 300 |
|   | Southport, North Carolina 28461 |
| 3 | Telephone: (910) 713-8804 |
|   | E-mail: law.rmd@gmail.com |
| 4 | |
| 5 | Attorneys for Plaintiffs Kelly McDougall, an individual; Juliana Garcia, an individual; |
| 6 | Second Amendment Foundation; California Gun Rights Foundation; and Firearms Policy |
| 7 | Coalition, Inc. |
| 8 | TIFFANY N. NORTH, State Bar No. 228068 |
|   | County Counsel, County of Ventura |
| 9 | CHRISTINE A. RENSHAW, State Bar No. 249648 |
|   | Assistant County Counsel |
| 10 | 800 South Victoria Avenue, L/C #1830 |
|    | Ventura, California 93009 |
| 11 | Telephone: (805) 654-2588 |
|    | Facsimile: (805) 654-2185 |
| 12 | E-mail: christine.renshaw@ventura.org |
| 13 | Attorneys for Defendants County of Ventura |
|    | (also erroneously sued as Ventura County Public |
| 14 | Health Care Agency), Sheriff William Ayub |
|    | (erroneously sued as "Bill Ayub"), Robert Levin |
| 15 | and William T. Foley |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | KELLY MCDOUGALL, an individual; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., | No. 2:20 cv-02927 CBM(ASX) |
| 20 | | JOINT STATUS REPORT REGARDING STATUS OF APPEAL |
| 22 | | Date: July 12, 2022 |
|    | | Time: 10:00 a.m. |
| 23 | Plaintiffs, | Ctrm: 8b |
|    | vs. | Judge: Hon. Consuelo B. Marshall |
| 24 | | |
| 25 | COUNTY OF VENTURA, CALIFORNIA; BILL AYUB, in his official capacity; WILLIAM T. FOLEY, in his official capacity, ROBERT LEVIN, in his official capacity; and VENTURA COUNTY PUBLIC HEALTH CARE AGENCY, | Trial: Not Set |
|    | | Complaint Filed: March 28, 2020 |
| 28 | Defendants. | |

JOINT STATUS REPORT

Pursuant to the Court's order of April 26, 2022 (Docket No. 60), Plaintiffs Kelly McDougall, Juliana Garcia, Firearms Policy Coalition, Second Amendment Foundation, Inc., and California Gun Rights Foundation ("Plaintiffs") and defendants County of Ventura (also erroneously sued as Ventura County Public Health Care Agency, Sheriff William Ayub (erroneously sued as "Bill Ayub"), Robert Levin, and William T. Foley ("Defendants"), by and through their counsel, submit this joint status report regarding the status of the notice of appeal (Docket No. 58).

On January 20, 2022, the Ninth Circuit Court of Appeals issued an opinion reversing this Court's judgment and remanding the case back to this Court.

On March 8, 2022, the Ninth Circuit Court of Appeals, upon the vote of a majority of nonrecused active judges of the Ninth Circuit Court of Appeals, issued an order that this case be reheard en banc. The opinion issued on January 20, 2022, was vacated.

Oral argument in front of the en banc panel was held on June 22, 2022.

On June 29, 2022, the en banc panel issued its order vacating this Court's judgment, and remanding the case back to this Court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen* (2022) 597 U.S._____.

THE DIGUISEPPE LAW FIRM, P.C.

Dated:  June 30, 2022          By        /s/
                                    RAYMOND M. DIGUISEPPE

Attorneys for Plaintiffs Kelly McDougall, an individual; Juliana Garcia, an individual; Second Amendment Foundation; California Gun Rights Foundation; and Firearms Policy Coalition, Inc.

/ / /

/ / /

/ / /

JOINT STATUS REPORT

TIFFANY N. NORTH
County Counsel, County of Ventura

Dated:  June 30, 2022          By         /s/
                                    CHRISTINE A. RENSHAW
                                    Assistant County Counsel

Attorneys for Defendants County of Ventura (also erroneously sued as Ventura County Public Health Care Agency), Sheriff William Ayub (erroneously sued as "Bill Ayub"), Robert Levin and William T. Foley

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

TIFFANY N. NORTH
County Counsel, County of Ventura

Dated: June 30, 2022      By     /s/
                          CHRISTINE A. RENSHAW
                          Assistant County Counsel

Attorneys for Defendants County of Ventura (also erroneously sued as Ventura County Public Health Care Agency), Sheriff William Ayub (erroneously sued as "Bill Ayub"), Robert Levin and William T. Foley