

## THE DIGUISEPPE LAW FIRM, P.C.

Office Address: 116 N. Howe Street, Suite A, Southport, NC 28461
Mailing Address: P.O. Box 10790, Southport, North Carolina 28461
(tel.) 910-713-8804 / (fax) 910-672-7705 / (email) law.rmd@gmail.com
*Principal Attorney Raymond DiGuiseppe is licensed to practice in CA, D.C., N.C., and N.Y.*

---

August 7, 2023

Honorable Consuelo B. Marshall, Senior District Judge
United States District Court, Central District of California
First Street Courthouse
350 W. 1st Street, Courtroom 8D, 8th Floor
Los Angeles, California 90012

> **Re:  Request for Clarification of Order re: Motion to Dismiss**
> *McDougall et al. v. County of Ventura et al.*, **2:20-cv-02927**

Dear Hon. Judge Marshall:

The court's "Order re: Motion to Dismiss Plaintiffs' First Amended Complaint," which was dated July 31 and entered August 2 (Dkt. No. 70), finds that "the First Amended Complaint fails to state a claim as a matter of law." The order implies that the court has granted the motion to dismiss and has denied any leave to amend the First Amended Complaint, including for purposes of conforming the complaint to the legal standards set forth in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. __, 142 S. Ct. 2111, 213 L.Ed.2d 387 (2022), so that the case could "be fully litigated anew under the proper standards in order to develop a proper record that supports a proper decision under *Bruen*," as Plaintiffs had proposed in their brief addressing how this matter should proceed following reversal of the initial order on the motion and remand (Dkt. No. 69).

The current order thus further implies that the court intends to dismiss the matter at this stage. However, none of these implied findings or conclusions is expressly stated in the order, and no judgment or further order has issued actually dismissing the complaint. Therefore, Plaintiffs seek further clarification regarding the effect of the court's order finding that "the First Amended Complaint fails to state a claim as a matter of law."

Sincerely,

*s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
on behalf of Plaintiffs