Ronda Baldwin-Kennedy, Esq. (SB #302813)
Jerome A Clay, Esq. (327175)
**LAW OFFICE OF RONDA BALDWIN-KENNEDY**
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Phone: (951) 268-8977
Fax: (702) 974-0147
Email: ronda@lorbk.com

Raymond M. DiGuiseppe (SB #228457)
**THE DIGUISEPPE LAW FIRM, P.C.**
116 N. Howe Street, Suite A
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>COUNTY OF VENTURA, CALIFORNIA, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02927-CBM (ASx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLARIFICATION OF ORDER ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>JUDGE: HON. CONSUELO B. MARSHALL<br>DATE: TUESDAY, SEPTEMBER 12, 2023<br>TIME: 10:00 A.M.<br>COURTROOM: 8B |

PLEASE TAKE NOTICE that on Tuesday September 12, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Consuelo B. Marshall, in Courtroom 8B of the United States District Court for the Central District of

1    California, located at First Street Courthouse, 350 W. First Street, Los Angeles,
2    California 90012, Plaintiffs will hereby and do move for clarification of the "Order
3    re: Motion to Dismiss Plaintiffs' First Amended Complaint." (Dkt. No. 70)
4         The Motion is based on this Notice, the Motion filed concurrently herewith,
5    and the relevant pleadings and papers on file in this action.
6    Dated: August 11, 2023

/s/ *Raymond DiGuiseppe*
Raymond DiGuiseppe

/s/ *Ronda Baldwin-Kennedy*
Ronda Baldwin-Kennedy

Attorneys for Plaintiffs