Ronda Baldwin-Kennedy, Esq. (SB #302813)
Jerome A Clay, Esq. (327175)
**LAW OFFICE OF RONDA BALDWIN-KENNEDY**
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Phone: (951) 268-8977
Fax: (702) 974-0147
Email: ronda@lorbk.com

Raymond M. DiGuiseppe (SB #228457)
**THE DIGUISEPPE LAW FIRM, P.C.**
116 N. Howe Street, Suite A
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> COUNTY OF VENTURA, CALIFORNIA, *et al.*, <br><br> Defendants. | Case No. 2:20-cv-02927-CBM (ASx) <br><br> **PLAINTIFFS' MOTION FOR CLARIFICATION OF ORDER ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> JUDGE: HON. CONSUELO B. MARSHALL <br> DATE: TUESDAY, SEPTEMBER 12, 2023 <br> TIME: 10:00 A.M. <br> COURTROOM: 8B |

    The court's "Order re: Motion to Dismiss Plaintiffs' First Amended Complaint," which was dated July 31 and entered August 2 (Dkt. No. 70), finds that "the First Amended Complaint fails to state a claim as a matter of law." The order

implies that the court has granted the motion to dismiss and has denied any leave to amend the First Amended Complaint, including for purposes of conforming the complaint to the legal standards set forth in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. __, 142 S. Ct. 2111, 213 L.Ed.2d 387 (2022), so that the case could "be fully litigated anew under the proper standards in order to develop a proper record that supports a proper decision under *Bruen*," as Plaintiffs had proposed in their brief addressing how this matter should proceed following reversal of the initial order on the motion and remand (Dkt. No. 69).

The current order thus further implies that the court intends to dismiss the matter at this stage. However, none of these implied findings or conclusions is expressly stated in the order, and no judgment or further order has issued actually dismissing the complaint. Therefore, Plaintiffs seek further clarification regarding the effect of the court's order finding that "the First Amended Complaint fails to state a claim as a matter of law."

Dated: August 11, 2023

                                        /s/ *Raymond DiGuiseppe*
                                        Raymond DiGuiseppe

                                        /s/ *Ronda Baldwin-Kennedy*
                                        Ronda Baldwin-Kennedy

                                        Attorneys for Plaintiffs