# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MCDOUGALL, an individual; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF VENTURA, CALIFORNIA; BILL AYUB, in his official capacity; WILLIAM T. FOLEY, in his official capacity, ROBERT LEVIN, in his official capacity; and VENTURA COUNTY PUBLIC HEALTH CARE AGENCY, <br><br> Defendants. | No. 2:20-cv-02927-CBM(ASx) <br><br> **AMENDED JUDGMENT [74][JS-6]** |

1

**JUDGMENT**

On August 2, 2023, the Court entered an order, dated July 31, 2023, granting defendants County of Ventura, William Ayub, Dr. Robert Levin, and William T. Foley's (collectively, "Defendants") motion to dismiss plaintiffs Donald McDougall, Juliana Garcia, Second Amendment Foundation, Inc., California Gun Rights Foundation, and Firearms Policy Coalition, Inc.'s (collectively, "Plaintiffs") First Amended Complaint. (Dkt. No. 70).

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters Judgment as follows:

1. Judgment entered in favor of the Defendants and against Plaintiffs in the amount of $0.00, with fees and costs for $0.00; and

2. Plaintiffs will take nothing by way of their First Amended Complaint.

Plaintiff's Motion to Amend to Clarify Order (Dkt. No. 74) is denied as moot.

**IT IS SO ORDERED AND ADJUDGED**

Dated: AUGUST 15, 2023

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE