Ronda Baldwin-Kennedy, Esq. (SBN 302813)
Jerome A. Clay, Esq. (SB #327175)
**LAW OFFICE OF RONDA BALDWIN-KENNEDY**
5627 Kanan Rd. #614
Agoura Hills, CA 91301
Phone: (951) 268-8977
Fax: (702) 974-0147
Email: ronda@lorbk.com

Raymond M. DiGuiseppe (SBN 228457)
**The DiGuiseppe Law Firm, P.C.**
116 N. Howe Street, Suite A
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KELLY ANN CHAKOV MCDOUGALL,[1] an individual; JULIANA GARCIA, an individual; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN

---

[1] During the pendency of the prior appeal to the Ninth Circuit from the district court's previous grant of Defendants' motion to dismiss the First Amended Complaint (Ninth Circuit Case No. 20-56220), Plaintiff Donald McDougall passed away, and Kelly Ann Chakov McDougall, his wife and successor trustee of his family trust, was substituted in his place under rule 25(a)(1) of the Federal Rules of Civil Procedure. When the Ninth Circuit reversed the dismissal and remanded the matter to the district court for further proceedings on Defendants' motion to dismiss the First Amended Complaint, Kelly Ann Chakov McDougall was accordingly named in the order as the substitute plaintiff for Donald McDougall. (Dkt. No. 58.)

| | |
|---|---|
| RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTY OF VENTURA, CALIFORNIA; JAMES FRYHOFF,[2] in his official capacity; WILLIAM T. FOLEY, in his official capacity, ROBERT LEVIN, in his official capacity; and VENTURA COUNTY PUBLIC HEALTH CARE AGENCY,<br><br>   Defendants. | Case No. 2:20-cv-02927 |

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Kelly Ann Chakov McDougall, Juliana Garcia, Second Amendment Foundation, California Gun Rights Foundation, and Firearms Policy Coalitions, Inc. hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's "Order re: Motion to Dismiss Plaintiffs' First Amended Complaint," entered on July 31, 2023 (Dkt. No. 70), and the Judgments following this Order—specifically, the "Amended Judgment" entered

---

[2] Pursuant to rule 25(d) of the Federal Rules of Civil Procedure, James Fryhoff is hereby automatically substituted for Bill Ayub, former Sheriff of Ventura County.

on August 15, 2023 (Dkt. No. 77) and the "Judgment" entered on August 17, 2023 (Dkt. No. 76). Copies of the Order and Judgments are attached hereto.

Dated: August 29, 2023

/s/ *Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Raymond M. DiGuiseppe, hereby certify that I served a copy of the *Notice of Appeal* and *Representation Statement* through the Court's ECF system to all registered users.

Dated: August 29, 2023

By:

/s/ *Raymond M. DiGuiseppe*

**THE DIGUISEPPE LAW FIRM, P.C.**
116 N. Howe Street, Suite A
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
law.rmd@gmail.com