**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

2:20CV 2927
CBM



-RTS-   9581 45118-1N
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN - 7 2024
CENTRAL DISTRICT OF CALIFORNIA
BY



FILED
CLERK, U.S. DISTRICT COURT
JUN



Case: 2:20cv2927  Doc: 84

Adam J Kraut
Firearms Policy Coalition
1215 K Street  17th Floor
Sacramento, CA 95814

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37982798@cacd.uscourts.gov>Subject:Activity in Case 2:20-cv-02927-CBM-AS Donald McDougall v. County of Ventura California, et al Text Only Bounced Notice of Electronic Filing E-mail Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/23/2024 at 3:51 PM PDT and filed on 5/23/2024

**Case Name:**     Donald McDougall v. County of Ventura California, et al
**Case Number:**     2:20-cv-02927-CBM-AS
**Filer:**
**WARNING: CASE CLOSED on 08/17/2023**
**Document Number:**     84(No document attached)

**Docket Text:**
**Notice of Electronic Filing re USCA Memorandum/Opinion/Order,, [83] e-mailed to Adam J Kraut akraut@fpclaw.org bounced due to Unknown address error 550-'5.2.1 The email account that you tried to reach is inactive. The primary e-mail address associated with the attorney record has been deleted. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (sh) TEXT ONLY ENTRY**

**2:20-cv-02927-CBM-AS Notice has been electronically mailed to:**
Christine A Renshaw     christine.renshaw@ventura.org, jenny.macdonald@ventura.org
Emily T Gardner     emily.gardner@ventura.org
Jerome A Clay     Jclay7@claylaw.net, jclay7@claylaw.net
Raymond Mark DiGuiseppe     law.rmd@gmail.com
Ronda Baldwin-Kennedy     ronda@lorbk.com, Harveyspecter@lorbk.com
**2:20-cv-02927-CBM-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Adam J Kraut
Firearms Policy Coalition
1215 K Street 17th Floor
Sacramento, CA 95814